B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>EASTERN DISTRICT OF TEXAS<br>SHERMAN DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Fuselier, Jean, Sr., R.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-9925** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |

| Street Address of Debtor (No. and Street, City, and State):<br>**2913 Oak Point Dr.**<br>**Garland, TX**    ZIP CODE **75044** | Street Address of Joint Debtor (No. and Street, City, and State):    ZIP CODE |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Dallas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**2913 Oak Point Dr.**<br>**Garland, TX**    ZIP CODE **75044** | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):    ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**                **Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (12/11)                         **Page 2**

## Voluntary Petition
*(This page must be completed and filed in every case.)*

Name of Debtor(s):    **R. Fuselier, Jean, Sr.**

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** /s/ Richard A. Pelley         9/10/2012<br>      Richard A. Pelley           Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)                                                                                                    Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s):  R. Fuselier, Jean, Sr. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ R. Fuselier, Jean, Sr.
_____
   R. Fuselier, Jean, Sr.

**X** _____

_____
Telephone Number (If not represented by attorney)

**9/10/2012**
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

**X** /s/ Richard A. Pelley
_____
   Richard A. Pelley          Bar No. **15732500**

**Pelley Law Offices**
**905 N. Travis**
**Sherman, TX  75090**

Phone No.**(903) 813-4778**    Fax No.**(903) 813-0586**

   9/10/2012
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

Address
**X** _____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

In re:   **R. Fuselier, Jean, Sr.**                                                     Case No.   _____

                                                                                                            (if known)

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)    **UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

In re:    **R. Fuselier, Jean, Sr.**                                Case No. _____

                                                                      (if known)

            Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐ 4. I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

    ☐ Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**


Signature of Debtor:    **/s/ R. Fuselier, Jean, Sr.** _____
                        R. Fuselier, Jean, Sr.

Date: _____**9/10/2012**_____

B6A (Official Form 6A) (12/07)

In re  **R. Fuselier, Jean, Sr.**                                    Case No. _____

                                                                                                 (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 2913 Oak Point Dr Garland, TX 75044 Undivided 1/2 interest | Homestead | - | $275,000.00 | $259,505.00 |
| | | **Total:** | **$275,000.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **R. Fuselier, Jean, Sr.**                                        Case No. _____
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking USAA | - | $200.00 |
| | | Savings USAA | - | $50.00 |
| | | Coamerica | - | $120.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Television | - | $350.00 |
| | | Stereo Reciever | - | $150.00 |
| | | DVD Player | - | $50.00 |
| | | Record Player | - | $25.00 |
| | | Speakers | - | $200.00 |
| | | Recliner | - | $75.00 |
| | | Coffee & End Tables | - | $20.00 |
| | | Computer | - | $600.00 |
| | | Dinner Table | - | $300.00 |
| | | Dining Chairs | - | $100.00 |
| | | Stove/Oven | - | $300.00 |
| | | Dishwasher | - | $300.00 |
| | | Microwave | - | $25.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **R. Fuselier, Jean, Sr.**                                    Case No. _____

                                                                        (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Refrigerator | - | $300.00 |
| | | Dresser | - | $200.00 |
| | | Armoire | - | $300.00 |
| | | Nightstand | - | $75.00 |
| | | Bed | - | $300.00 |
| | | Desk | - | $100.00 |
| | | Small Copy Machine | - | $50.00 |
| | | Printer | - | $15.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books | - | $50.00 |
| | | Pictures | - | $400.00 |
| | | Music | - | $200.00 |
| 6. Wearing apparel. | | Clothing men's | - | $450.00 |
| 7. Furs and jewelry. | | Watches | - | $50.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Camera | - | $25.00 |
| | | Pool Table | - | $400.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **R. Fuselier, Jean, Sr.**　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | UpJohn Retirement - 256 a month | - | $30,720.00 |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | | Fuselier Holdings LLC 100% - closed | - | $0.00 |
| | | Fuselier Holdings 1 Inc 100% - closed | - | $0.00 |
| | | Fuselier & Associates 1 LP 100% - closed | - | $0.00 |
| | | Fuselier & Associates Inc. 100% - closed | - | $0.00 |
| | | Fuselier Properties LP 100% - closed | - | $0.00 |
| | | F & H Financial Management LLC 100% - closed | - | $0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **R. Fuselier, Jean, Sr.**

Case No. _____
(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Fuselier & Holland Construction Service 100% - closed | - | $0.00 |
| | | CYA Holding Inc 100% - closed | - | $0.00 |
| | | CYA Rocvery Group 1, LP 100% - closed | - | $0.00 |
| | | CYA Recovery Group, Inc.100% - closed | - | $0.00 |
| | | Youth of Texas Athletics, LLC 100% - closed | - | $0.00 |
| | | Youth of Texas Sports Club, LLC 100% - closed | - | $0.00 |
| | | Youth of Texas Property Management, LLC 100% - closed | - | $0.00 |
| | | Dr. Jean PHD 100% - no assets other than checking $20 | - | $0.00 |
| | | Fuselier & Associates - no assets other than a saving $3000, a checking account $500 - total value $3500 - total debts $340,000.00 | - | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **R. Fuselier, Jean, Sr.**                                                 Case No. _____
                                                                                                      (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Westhawk Dex Corp - Oil Cliam, Canadian Company<br> - more information with be provided to trustee upon request | - | $16,000,000.00 |
| | | Eddie Mayo Oil Compay - Judgment -<br>- Mayo filed bankruptcy but it ws an asset case and a proof of claim has been filled<br> - more information with be provided to trustee upon request | - | $60,000.00 |
| | | Unicore - Judgment<br> - more information with be provided to trustee upon request | - | $286,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **R. Fuselier, Jean, Sr.**                                    Case No. _____

                                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Ford Thunderbird | - | $15,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Dog | - | $20.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **R. Fuselier, Jean, Sr.**

Case No. _____

(if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | 6 _____ continuation sheets attached | **Total  >** | **$16,397,520.00** |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

It is Debtors' intent to claim an exemption in the "full" fair market value or 100% of fair market value of each of the above assets.

Provided however, Debtors' claim of 100% of the fair market value as exempt shall only be limited to the maximum amount allowed for each item as allowed by 11 U.S.C. §522.

B6C (Official Form 6C) (4/10)

In re  **R. Fuselier, Jean, Sr.**                                     Case No. _____
                                                                                    (If known)


# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                    $146,450.*

☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 2913 Oak Point Dr Garland, TX 75044 Undivided 1/2 interest | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $15,495.00 | $275,000.00 |
| Television | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $350.00 | $350.00 |
| Stereo Reciever | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 | $150.00 |
| DVD Player | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Record Player | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $25.00 | $25.00 |
| Speakers | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 | $200.00 |
| Recliner | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $75.00 | $75.00 |
| Coffee & End Tables | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $20.00 | $20.00 |
| Computer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $600.00 | $600.00 |
| Dinner Table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | **$17,265.00** | **$276,770.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **R. Fuselier, Jean, Sr.**                                        Case No. _____
                                                                                  (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Dining Chairs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Stove/Oven | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| Dishwasher | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| Microwave | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $25.00 | $25.00 |
| Refrigerator | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| Dresser | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 | $200.00 |
| Armoire | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| Nightstand | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $75.00 | $75.00 |
| Bed | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| Desk | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Small Copy Machine | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Printer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $15.00 | $15.00 |
| Books | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| | | **$19,380.00** | **$278,885.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **R. Fuselier, Jean, Sr.**                                   Case No. _____
                                                                                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Pictures | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $400.00 | $400.00 |
| Music | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 | $200.00 |
| Clothing men's | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $450.00 | $450.00 |
| Watches | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $50.00 | $50.00 |
| Camera | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(7) | $25.00 | $25.00 |
| Pool Table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(7) | $400.00 | $400.00 |
| UpJohn Retirement - 256 a month | Tex. Prop. Code § 42.0021 | $30,720.00 | $30,720.00 |
| 2005 Ford Thunderbird | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $15,000.00 | $15,000.00 |
| Dog | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(11) | $20.00 | $20.00 |
| | | **$66,645.00** | **$326,150.00** |

B6D (Official Form 6D) (12/07)

In re  **R. Fuselier, Jean, Sr.**                                      Case No. _____

                                                                                            (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**BAC Home Loans**<br>**PO Box 650070**<br>**Dallas, TX 75265-0070** | X | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Deed of Trust**<br>COLLATERAL:<br>**2913 Oak Point Dr Garland, TX 75044**<br>REMARKS:<br><br><br>VALUE:                    **$275,000.00** | | | | $259,505.00 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Subtotal (Total of this Page) > | | | $259,505.00 | $0.00 |
| | | | | Total (Use only on last page) > | | | $259,505.00 | $0.00 |

_____**No**_____ continuation sheets attached

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

In re  **R. Fuselier, Jean, Sr.**                                    Case No. _____
                                                                                            (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **R. Fuselier, Jean, Sr.**                                   Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**121 Marketing Company LLC**<br>**7013 S Stemmons Freeway**<br>**Denton, TX 76210** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**21st Century Foods, Ltd**<br>**1930 Hormel Drive**<br>**San Antonio, TX 78219** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**21st Century Holdings, Inc**<br>**11604 Tridens Ct**<br>**Austin, TX 78750** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**A Plus Investments**<br>**1124 N Fielder Road #220**<br>**Arlington, TX 76012** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**A&A Technologies**<br>**1405 W Mesa Park Drive**<br>**Round Rock, TX 78664-3122** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**A+ Staley Moving**<br>**1029 Stockton Drive**<br>**Burleson, TX 76028** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| | | | | | | Subtotal > | $0.00 |

_____**105**_____ continuation sheets attached

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                              Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**ABC Plumbing Inc**<br>**1909 10th Street #500**<br>**Plano, TX 75074** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Acacia Contracting Group**<br>**1803 E Main, Ste D**<br>**Allen, TX 75002** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**ACCA Pumps, Inc**<br>**2706 Zachary Bend**<br>**Katy, TX 77494** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Accurate Glass & Mirror, Inc**<br>**PO Box 59615-11259**<br>**Suite 1101**<br>**Dallas, Texas 75229** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Ace & Leo's Plumbing, Inc**<br>**1421 Confederate**<br>**Corsicana, TX 75110-6331** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Ace Rubber Products, Inc**<br>**832 North Dick Price**<br>**Kennedale, TX 76060** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ___1___ of ___105___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   $0.00

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                 Case No. _____

                                                                              (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Ace West Foam, Inc**<br>**PO Box 250**<br>**Rangely, CO 81648** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**ACS Construction Supply Corp**<br>**410 Lillard Road #502**<br>**Arlington, TX 76012** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Action Equipment & Rental Corp**<br>** Of Houston, Texas**<br>**6311 Griggs Road**<br>**Houston, TX 77023** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Adalex Floors**<br>**3017 Sylvan Ave**<br>**Dallas, Texas 75212-4026** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Adams & Reese, LLP**<br>**Dept. 5208**<br>**PO Box 2153**<br>**Birmingham, Al 35287-5208** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$4,854.50** |
| ACCT #:<br>**Ades Exclusive**<br>**4515 Village Fair Drive**<br>**Ste B26B & A-33**<br>**Dallas, Texas 75224** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |

Sheet no. ____2____ of ____105____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$4,854.50**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **R. Fuselier, Jean, Sr.**                                          Case No. _____
                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Advan-Tex Photographic Inc**<br>**4435 McKinney Ave**<br>**Dallas, TX 75205** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Advanced Diversified Services**<br>**7461 W Vickery Blvd**<br>**Fort Worth, TX 76116** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Advanta Credit Card**<br>**PO Box 9217**<br>**Old Bethpage, NY 11804-9217** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $9,963.79 |
| ACCT #:<br>**Aerobic & Pump Contols, Inc**<br>**2226-D North Austin Ave**<br>**Georgetown, TX 78626** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Affordable Power L.P.**<br>**6161 Savoy Dr. Ste. 500**<br>**Houston, TX 77036** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $13,358.11 |
| ACCT #:<br>**AG&G Electric**<br>**5537 Timber Bark**<br>**San Antonio, TX 78250** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ____3____ of ____105____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$23,321.90**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                    Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Air Tran Card Services**<br>**PO Box 13337**<br>**Philadelphia, PA 19101-3337** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $8,305.92 |
| ACCT #:<br>**Airtime A/C & Heating**<br>**23802 FM 2978**<br>**Tomball, TX 77375** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Airtran Airways/Barclay Bank**<br>**c/o NCO Financial**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $8,807.14 |
| ACCT #:<br>**Alandra Service, Inc**<br>**401 Industrial Blvd**<br>**Burnet, Texas 78611** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**All Around Security Inc**<br>**503 W Pearl Street**<br>**Grandbury, TX 76048** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**All Makes Auto, Inc**<br>**2960 Blanchett Street**<br>**Beaumont, TX 77701** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ___4___ of ___105___ continuation sheets attached to                Subtotal >        **$17,113.06**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                        Total >
                                                        (Use only on last page of the completed Schedule F.)
                                                        (Report also on Summary of Schedules and, if applicable, on the
                                                        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                    Case No. _____

                                                                                          (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Allegro Music Co**<br>**318 Knoll Forest Drive**<br>**League City, TX 77573** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Allen Steele Plumbing Co**<br>**12572 County Rd 2293**<br>**Tyler, TX 75707** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Allied Interstate**<br>**2290 Agate Court, Unit A1**<br>**Simi Valley, CA 93065** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Almeda Postal Center APC**<br>**10592 Fuqua St**<br>**Suite A**<br>**Houston, TX 77089** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Aloe Commodities International, Inc**<br>**1270 Champion Circle #100**<br>**Carrollton, TX 75006** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Aloe Commodities, Inc**<br>**2161 Hutton Suite 126**<br>**Carrollton, TX 75006** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ___5___ of ___105___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                          Case No. _____
                                                                                              (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Alternative Technical Consulting**<br>**3705 Grifbrick Drive**<br>**Plano, TX 75075** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Ambuhealth, Inc**<br>**6530 Supply Row**<br>**Houston, TX 77011** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Amerest Securities**<br>**2828 N Harwood**<br>**Suite 1900**<br>**Dallas, Texas**<br>**75201** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**American Accessories, Inc**<br>**2605 North State Highway 91**<br>**Denison, TX 75020** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**American Medical Collections Agency**<br>**4 Westchester Plaza, Suite 110**<br>**Elmsford, NY 10523** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**American Recovery Services Incorporated**<br>**555 St. Charles Drive. Suite. 110**<br>**Thousand Oaks, CA 91360** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |

Sheet no. ____**6**____ of _____**105**____ continuation sheets attached to                                    **Subtotal >**          **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                              **Total >**
                                                              **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **R. Fuselier, Jean, Sr.**                                    Case No. _____

                                                                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**American Recovery Services Incorporated**<br>**555 St. Charles Dr. Suite 110**<br>**Thousand Oaks, CA 91360** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**American Roofing Industries, Inc**<br>**1325 Whitlock Lane #104**<br>**Carrollton, TX 75006** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Ameritube LLC**<br>**1000 N Highway 77**<br>**Hillsboro, TX 76645** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Amsco Products Inc**<br>**212 Lee Street**<br>**Wichita Fallas, TX 76301** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Angel Ink**<br>**5228 Gus Thomasson Road**<br>**Mesquite, TX 75150** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Antares Construction Inc**<br>**PO Box 100815**<br>**Fort Worth, TX 76185** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |

Sheet no. ____7____ of ____105____ continuation sheets attached to                                    **Subtotal >**     **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              **Total >**
                                  **(Use only on last page of the completed Schedule F.)**
                        **(Report also on Summary of Schedules and, if applicable, on the**
                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                        Case No. _____

                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Anthony Boiler Co Inc**<br>**12909 CR 2919**<br>**Eustace, TX 75124** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Apex Services**<br>**12866 Reeveston Road**<br>**Houston, TX 77039** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Aquamaid Pool Techs Inc**<br>**4615 Martin STreet**<br>**Fort Worth, TX 76119** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Aquamaid Pool Techs Inc**<br>**4615 Martin Street**<br>**Ft Worth, TX 76119** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Arcturus Corp**<br>**2828 N Harwood Ste 1900**<br>**Dallas, TX 75201** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Array Technologies**<br>**2411 Garden Park Ct**<br>**Arlington, TX 76013** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ____8____ of _____105_____ continuation sheets attached to          Subtotal >          $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                        Total >
                                             **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                      Case No. _____
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Array Technologies**<br>**2411 Garden Park Ct**<br>**Arlington, TX 76013** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Ashton at Peavy LP**<br>**3317 McKinney Ave**<br>**Suite 207**<br>**Dallas, TX 75204** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**ATC Lone Star Services**<br>**5025 Martin Luther King Freeway**<br>**Fort Worth, TX 76119** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Atricom Telecommunication Inc**<br>**7999 Hanson Road 107**<br>**Houston, TX 77061** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Aurora Bank Comercial Services**<br>**27472 Portola Parkway**<br>**Suite 205 #419**<br>**Foothill Ranch, CA 92610** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | | | | **$42,154.00** |
| ACCT #:<br>**Aurora Bank FSB**<br>**1000 N West St # 200**<br>**Wilmington, DE 19801** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$10.00** |

Sheet no. ____9____ of ____105____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >          **$42,164.00**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                              Case No. _____
                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Automation Energy Technology Inc**<br>**8003 Niles Cove**<br>**Austin, TX 78737** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Avalon Auto Body Parts, Inc**<br>**3306 E Jefferson St**<br>**Suite C**<br>**Grand Prairie, TS 75051** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Award Transportation Services Inc**<br>**7416 Greenview Dr**<br>**Plano, TX 75024** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**B&G Oilfield Equipment**<br>**1120 Blue Mound Road**<br>**Saginaw, TX 76131** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**B&M Uniforms Inc**<br>**14230 Smoketown Road**<br>**Woodbridge, VA 22192** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**B&R Diesel Service**<br>**19394 I-10 E**<br>**Converse, TX 78109** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ____**10**____ of ____**105**____ continuation sheets attached to                    **Subtotal >**          **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **R. Fuselier, Jean, Sr.**                                          Case No. _____

                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Bad Boy Express**<br>**13705 W Co Road 122**<br>**Odessa, TX 79765** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Bad Boy Express**<br>**13705 W Co Rd 122**<br>**Odessa TX 79765** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Bank Card Services**<br>**PO Box 84005**<br>**Columbus, GA 31908-4005** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$8,805.25** |
| ACCT #:<br>**Bank of America**<br>**PO Box 650807**<br>**Dallas, TX 75265-0807** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**Promissory Note** | | | | **$48,417.56** |
| ACCT #:<br>**Bank of America**<br>**2059 Northlake Pkwy**<br>**Tucker, GA 30084** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**? secured by equipment and furniture?** | | | | **$34,029.67** |
| ACCT #:<br>**Bank of America**<br>**PO Box 15026**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | | | | **$3,131.49** |

Sheet no. ___11___ of ___105___ continuation sheets attached to                      Subtotal >        **$94,383.97**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                              Total >
                                               (Use only on last page of the completed Schedule F.)
                                        (Report also on Summary of Schedules and, if applicable, on the
                                        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                         Case No.   _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Bank of America<br>PO Box 15710<br>Wilmington, DE 19850** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $26,821.22 |
| ACCT #:<br>**Bank of America<br>PO Box 15710<br>Wilmington, DE 19886-5710** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Bank of America<br>c/o Convergent<br>PO Box 9004<br>Renton, WA 98057** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $50,145.79 |
| ACCT #:<br>**Bank of America<br>PO Box 851001<br>Dallas, Texas 75285** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $3,203.11 |
| ACCT #:<br>**Bank of America<br>c/o Focus Receivables Mgmt<br>PO Box 725069<br>Atlanta, GA 31139-2069** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $27,111.32 |
| ACCT #:<br>**Bayou Bend Construction & Development<br>10 Gleannloch Estates Drive<br>Spring, TX 77379** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ____**12**____ of ____**105**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   $107,281.44

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                                          Case No. _____
                                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **BBVA Compass** <br> **PO Box 10566** <br> **Birmingham, AL 35296** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: | | | | $50,049.24 |
| ACCT #: <br> **Bear Motor Sales** <br> **501 S 12th St** <br> **Carrizo Springs, TX 78834** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **Beau'nett Construction** <br> **1334 Sue Barnett Drive** <br> **Houston, TX 77018** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **Benette Freight LLC** <br> **12126 State Highway 64 W** <br> **Tyler, TX 75704** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **Best Towing LLC** <br> **2700 Kimbo Road** <br> **Ft Worth Tx 76111** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **Best Towing LLC** <br> **2700 Kimbo Road** <br> **Ft Worth Tx 76111** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |

Sheet no. ____13____ of ____105____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $50,049.24

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **R. Fuselier, Jean, Sr.**                                    Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Big Brazos**<br>**PO Box 567**<br>**Hearne, TX 77859** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Big Town Auto Sales**<br>**2501 W Marshall Ave**<br>**Longview TX 75604** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Big Town Auto Sales**<br>**2501 W Marshall Ave**<br>**Longview TX 75604** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Blacksmith Fence**<br>**809 Creek Hollow Lane**<br>**Ft Worth, TX 76131** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Blacksmith Fence**<br>**809 Creek Hollow Lane**<br>**Ft Worth TX 76131** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Bob J Johnson & Assoc, Inc**<br>**16420 W Hardy Rd #100**<br>**Houston, TX 77060** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ____14____ of ____105____ continuation sheets attached to                    **Subtotal >**          $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                        **Total >**
                                                    **(Use only on last page of the completed Schedule F.)**
                                          **(Report also on Summary of Schedules and, if applicable, on the**
                                          **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                   Case No. _____

                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Bourque & Sons Refrigeration & A/C**<br>**575 County Rd 4606**<br>**Troup, TX 75789** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Bourque & Sons Refrigeration & A/C**<br>**575 County Road 4606**<br>**Troup TX 75789** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Brainwaves Neuroimaging Clinic, LLC**<br>**341 E Parkwood Ave**<br>**Friendswood, TS 77054** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Brandt & Hill Inc**<br>**3306 Longhorn Blvd 111**<br>**Austin TX 78758** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Bridgeport Contract Services LP**<br>**267 PR 1400**<br>**PO Box 1400**<br>**Bridgeport, TX 76426** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Broadcast Services**<br>**2035 Telephone Road**<br>**Houston, TX 77023** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ____15____ of ____105____ continuation sheets attached to                                  **Subtotal >** | $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          **Total >**
                                **(Use only on last page of the completed Schedule F.)**
                        **(Report also on Summary of Schedules and, if applicable, on the**
                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                              Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**BT Construction, Inc**<br>**10821 W Cleburne Road**<br>**Crowley, TX 76036** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Buckner Apartments Partners #1 Ltd**<br>**PO Box 440067**<br>**Houston, TX 77244-0067** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Buckner Blvd Plumbing Co Inc**<br>**4030 Gus Thomasson**<br>**Mesquite, TX 75150** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Buckner Blvd Plumbing Co, Inc**<br>**4030 Gus Thomasson**<br>**Mesquite, TX 75150** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Built-In Appliance Center**<br>**12440 S Sam Houston Pkwy W**<br>**Houston, TX 77031** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Bullet Transport Services Inc**<br>**99203 Hwy  67**<br>**Presidio TX 79845** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ____16____ of ____105____ continuation sheets attached to        **Subtotal >**        **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                     Case No. _____
                                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **Bullett Transport Services, Inc** **99203 Hwy 67** **Presidio, TX 79845** | | - | DATE INCURRED: CONSIDERATION: **Unsecured Consumer Debt** REMARKS: | X | X | X | $0.00 |
| ACCT #: **Bykota, Inc** **d/b/a Gulf Southwest Sales** **11243 Leo Lane** **Dallas, TX 75229-4715** | | - | DATE INCURRED: CONSIDERATION: **Unsecured Consumer Debt** REMARKS: | X | X | X | $0.00 |
| ACCT #: **C-Devine Healthcare Svcs** **8449 W Bellfort Street #225** **Houston, TX 77071** | | - | DATE INCURRED: CONSIDERATION: **Unsecured Consumer Debt** REMARKS: | X | X | X | $0.00 |
| ACCT #: **Cach LLC** **4340 S. Monaco St. Unit 2** **Denver, Co 80237** | | - | DATE INCURRED: CONSIDERATION: **Notice Only** REMARKS: | | | | $0.00 |
| ACCT #: **Cambridge Constuction Group TX, LLC** **1702 Minters Chapel Road** **Suite 114** **Grapevine TX 76051** | | - | DATE INCURRED: CONSIDERATION: **Unsecured Consumer Debt** REMARKS: | X | X | X | $0.00 |
| ACCT #: **Camelot Custom Homes Inc** **12400 hwy 71 West** **Suite 350-404** **Austin, TX 78738** | | - | DATE INCURRED: CONSIDERATION: **Unsecured Consumer Debt** REMARKS: | X | X | X | $0.00 |

Sheet no. ___17___ of ___105___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                    Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Cameron Noble**<br>**83 Sixth Ave**<br>**San Francisco, CA 94118** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Campbells Compound Inc**<br>**6603 Kirby**<br>**Houston TX 77005** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Canal Interiors Inc**<br>**479 Country Lane**<br>**Coppell, TX 75019** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Cantera Custom Homes**<br>**421 Broadwing Drive**<br>**Fairview, TX 75069** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Capital Air & Heat Ltd**<br>**3303 Cypresswood Drive**<br>**Spring, TX 77388** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Capital One**<br>**c/o TSYS Debt Management**<br>**P.O. Box 5155**<br>**Norcross, GA 30091** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |

Sheet no. _____**18**_____ of _____**105**_____ continuation sheets attached to       Subtotal >          **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    Total >
                                        **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **R. Fuselier, Jean, Sr.**                          Case No. _____
                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Capital One**<br>**PO Box 60599**<br>**City of Industry, CA 91716-0599** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | | | | $1,993.71 |
| ACCT #:<br>**Capital One**<br>**PO Box 60599**<br>**City of Industry, CA 91716-0599** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | | | | $7,191.41 |
| ACCT #:<br>**Capital One Bank**<br>**Loan Providing Bldg 2, 3rd Flr**<br>**PO Box 259350**<br>**Plano, TX 75025-9250** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**Promissory Note** | | | | $44,766.05 |
| ACCT #:<br>**Capital One Bank USA**<br>**PO Box 60599**<br>**City of Industry, CA 91716** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $2,481.91 |
| ACCT #:<br>**Capital One Bank USA**<br>**c/o First Source**<br>**PO Box 628**<br>**Buffalo, NY 14240** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $9,873.44 |
| ACCT #:<br>**Capitol One**<br>**PO Box 60599**<br>**City of Industry, CA 91716-0599** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $8,347.31 |

Sheet no. ____19____ of ____105____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$74,653.83**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **R. Fuselier, Jean, Sr.**                                    Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Capitol One National Association** <br> **c/o Capitol One Bank Collections** <br> **PO Box 85026** <br> **Richmond, VA 23285** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $43,422.56 |
| ACCT #: <br> **Carrier Chiropractic** <br> **2634 S Carrier Pkwy** <br> **Suite 109** <br> **Grand Prairie, TX 75052** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **Cartridge World Montrose, LLC** <br> **2055 Westheimer** <br> **Suite 165** <br> **Houston, TX 77098** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **Cedar Hill Imaging** <br> **318 W Beltline Road** <br> **Suite 301** <br> **Cedar Hill, TX 75104** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **Center Point Energy** <br> **PO Box 2628** <br> **Houston, TX 77252-2628** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: | | | | $1,909.22 |
| ACCT #: <br> **Central Basin Operating, Inc** <br> **2485 E Southlake Blvd** <br> **Suite 100** <br> **Southlake, TX 76092** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |

Sheet no. _____20_____ of _____105_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $45,331.78

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **R. Fuselier, Jean, Sr.**                                      Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Central Foliage Corp** <br> **9349 S Central Expressway** <br> **Dallas, TX 75241** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | **$0.00** |
| ACCT #: <br> **Centricvoice, Inc** <br> **5001 LBJ Freeway** <br> **Suite 275** <br> **Dallas, TX 75244** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | **$0.00** |
| ACCT #: <br> **Century Pump & Valve Inc** <br> **1706 Prairie Grove Drive** <br> **Houston, TX 77077** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | **$0.00** |
| ACCT #: <br> **CF Inver Grove III Re Holdco LLC** <br> **111 Eighth Avenue** <br> **New York, NY 10011** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: | | | | **$50,000.00** |
| ACCT #: <br> **Chase** <br> **PO Box 78035** <br> **Phoeniz, AZ 85006** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | | | | **$16,027.58** |
| ACCT #: <br> **Chase** <br> **PO Box 94014** <br> **Palantine, IL 60094-4014** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | | | | **$21,244.62** |

Sheet no. _____21_____ of _____105_____ continuation sheets attached to                                      Subtotal >  **$87,272.20**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                 Total >
                                                        **(Use only on last page of the completed Schedule F.)**
                                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                    Case No. _____

                                                                              (if known)


### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Chase**<br>**201 North Central Avenue, Flr 17**<br>**Phoenix, AZ 85004** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $38,171.57 |
| ACCT #:<br>**Chase Bank USA NA**<br>**c/o MRS Associates**<br>**1930 Olney Ave**<br>**Cherry Hill, NJ 08003** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $21,244.62 |
| ACCT #:<br>**Chef Papa's Restaurant Inc**<br>**4725 Sleepy Ridge Circle**<br>**Fort Worth, TX 76133** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Cibola Services LLC**<br>**223 West Wall Street**<br>**Midland, Tx 79701** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Cibola Services LLC**<br>**223 West Wall Street**<br>**Midland, Tx 79701** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Citibusiness Card**<br>**PO Box 182564**<br>**Columbus, OH 43218-2564** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $39,487.19 |

Sheet no. ____22____ of ____105____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$98,903.38**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **R. Fuselier, Jean, Sr.**                              Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Clark Fire Equipment Inc**<br>**1838 Federal Road**<br>**Houston, TX 77015** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Clark Fire Equipment Inc**<br>**1838 Federal Rd**<br>**Houston, TX 77015** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Classics Billiards**<br>**6467 Westheimer**<br>**Houston, TX 77057** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Claude Kelly/Chase Freedom**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $10.00 |
| ACCT #:<br>**Clayton Railroad Construction**<br>**500 Lane Road**<br>**West Union, OH 45693** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Clayton Railroad Construction**<br>**500 Lane Road**<br>**West Union, OH 45693** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ___23___ of ___105___ continuation sheets attached to                **Subtotal >**          **$10.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          **Total >**
                                                    **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **R. Fuselier, Jean, Sr.**                                           Case No. _____

                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Clayton Railroad Construction**<br>**500 Lane Road**<br>**West Union, OH 45693** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Clemons Builders LLC**<br>**2530 Morgan Drive**<br>**Dallas, TX 75241** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Clinical Pathology Labratories**<br>**PO Box 141669**<br>**Austin, TX 78714-1669** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **$233.75** |
| ACCT #:<br>**Clone Computer Corp**<br>**190 N Green Street**<br>**Hawkins, TX 75765-3208** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**CMA Logistics, Inc**<br>**15245 E Stafford STreet**<br>**Industry CA 75765-3208** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**CMPA Inc**<br>**1452 Hughes Road**<br>**Suite 100**<br>**Grapevine TX 76051** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |

Sheet no. ___24___ of ___105___ continuation sheets attached to                    **Subtotal >** | **$233.75**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                            **Total >**
                    **(Use only on last page of the completed Schedule F.)**
                    **(Report also on Summary of Schedules and, if applicable, on the**
                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                          Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Coastal Couriers LLC**<br>**3706 Vanderbilt Street**<br>**Lake Charles, LA 70607** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Colo Exploration Company, Inc**<br>**1181 Lytle Way Suite A**<br>**Abilene, TX 79602** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Companion Veterinary Care**<br>**3811 West 1st**<br>**Abilene, TX 79603** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Compass Bank Small Business**<br>**c/o Pinnacle Credit Services**<br>**PO Box 8504**<br>**Cherry Hill, NJ 08002** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$53,452.60** |
| ACCT #:<br>**Compression Repair Parts Inc**<br>**19140 North Pine Drive**<br>**Spring, TX 77383** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Comptinental Computers**<br>**6529 West Sam Houston Pkwy**<br>**Houston, TX 77041** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |

Sheet no. ____25____ of ____105____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$53,452.60**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **R. Fuselier, Jean, Sr.**
Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Con-Trand Services**<br>**3025 Roy Orr Blvd**<br>**Grand Prairie, TX 75050** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Con-Trand Services, Inc**<br>**3025 Roy Orr Blvd**<br>**Grand Prairie, TX 75050** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Concrete Surface Solutions**<br>**12907 Hwy 155 South**<br>**Tyler, TX 75703** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Consys Concrete Corp**<br>**11010 Switzer Ave**<br>**#104**<br>**Dallas, TX 75238** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Continental Leather Fashions Co Inc**<br>**688 Marat Ct**<br>**Suite B**<br>**Chula Vista CA 91911** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Continental Road Watch Corp**<br>**6704 South R L Thornton Fwy**<br>**Dallas TX 75232** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ____26____ of ____105____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                      Case No. _____
                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Cook's Body Repair & Painting**<br>**3109 S Cooper Street**<br>**Arlington, TX 76015** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Cookson's Transmission City Inc**<br>**723 E Hwy 67**<br>**Duncanville, TX 75137** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Cord Blood America**<br>**c/o MAtt Schissler**<br>**9000 W Sunset Blvd, Ste 400**<br>**Los Angeles, CA 90069** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Cornerstone Valve USA LP**<br>**6622 Willow Brook Park Drive**<br>**Houston, TX 77066** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Corporate Copy Services**<br>**1515 Polk Street**<br>**Houma, LA 70360** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Correa & Assoc. LC**<br>**9101 San Mateo Drive**<br>**Laredo, TX 78045** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ___27___ of ___105___ continuation sheets attached to                    **Subtotal >**          **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                              **Total >**
                                    **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                    Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Country STitches**<br>**1114 State Hwy 124**<br>**Winnie, TX 77665** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Creative Concepts Printing**<br>**4031 FE 1960 Road W**<br>**Houston, TX 77068** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Crete Precast Ltd**<br>**901 N Hwy 183**<br>**Liberty Hill, TX 78642** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**CRF Solutions**<br>**2051 Royal Ave.**<br>**Simi Valley, CA 93065** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$13,358.11** |
| ACCT #:<br>**Crow Marketing & Distributing Inc**<br>**2741 Satsuma Drive**<br>**#108**<br>**Dallas, TX 75229** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Cube Solutions LLC**<br>**13614 Gamma Road #100**<br>**Dallas, TX 75244** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |

Sheet no. ___28___ of ___105___ continuation sheets attached to                    **Subtotal >**        **$13,358.11**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    **Total >**
                               **(Use only on last page of the completed Schedule F.)**
                       **(Report also on Summary of Schedules and, if applicable, on the**
                         **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                    Case No. _____

                                                                              (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**D0BC & K Plumbing**<br>**PO Box 242**<br>**Tolar, TX 76476** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Dallas Beauty Supply Inc**<br>**2531 Royale Lane**<br>**#420**<br>**Dallas, TX 75229** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Dallas County**<br>**c/o Linebarger Goggan Blair & Sampson**<br>**2323 Bryan Street #1600**<br>**Dallas, Texas 75201** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$1,742.29** |
| ACCT #:<br>**Dan Myers & Toni Myers**<br>**2712 green Tee Drive**<br>**Pearland, TX 77581** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Darrell W. Cook & Associates**<br>**5005 Greenville Ave. Suite 200**<br>**Dallas, TX 75206** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**Agreed Judgment???** | | | | **$13,217.49** |
| ACCT #:<br>**David Marini**<br>**2805 Goldfinch Drive**<br>**Mesquite, TX 75781** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |

Sheet no. ___29___ of ___105___ continuation sheets attached to                    Subtotal >    **$14,959.78**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              Total >
                                          **(Use only on last page of the completed Schedule F.)**
                                          **(Report also on Summary of Schedules and, if applicable, on the**
                                          **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                   Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Davis Imaging Inc**<br>**4560 W 34th St**<br>**Suite C**<br>**Houston, TX 77902** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Davis Imaging Inc**<br>**4560 W 34th St**<br>**Suite C**<br>**Houston, TX 77902** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Dawson Mechanical Plumbing**<br>**699 FM 1791**<br>**Huntsville, TX 77340** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**DB Servicing Corp**<br>**c/o Capital Management Services LP**<br>**PO Box 964**<br>**Buffalo, NY 14210** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$20,226.20** |
| ACCT #:<br>**Deep Quest Diving LLC**<br>**10039 Huffmeister Road**<br>**Houston TX 77065** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**DFW Technology Inc**<br>**1200 Executive Drive East**<br>**Suite 168**<br>**Richardson, TX 75081** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |

Sheet no. ____30____ of ____105____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$20,226.20**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **R. Fuselier, Jean, Sr.**                                    Case No. _____

                                                                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Diamond H Construction**<br>**PO Box 362**<br>**Aubrey TX 76227** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Discover**<br>**PO Box 29033**<br>**Pheonix, AZ 85038-9033** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | | | | **$20,226.20** |
| ACCT #:<br>**Discover**<br>**PO Box 29033**<br>**Pheonix, AZ 85038-9033** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$4,664.67** |
| ACCT #:<br>**Discover Card**<br>**c/o United Recovery Systems**<br>**PO Box 722929**<br>**Houston, Texas 77272** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$20,226.20** |
| ACCT #:<br>**Discover Card**<br>**c/o Encore**<br>**PO Box 3330**<br>**Olathe, KS 66063** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$4,820.02** |
| ACCT #:<br>**Diva International**<br>**5829 w Sam Houston Pkwy**<br>**Suite 1005**<br>**Houston, TX 77041** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |

Sheet no. ____31____ of ____**105**____ continuation sheets attached to                    Subtotal >    **$49,937.09**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          Total >
                                                        **(Use only on last page of the completed Schedule F.)**
                                               **(Report also on Summary of Schedules and, if applicable, on the**
                                               **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                          Case No. _____
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Diva International** <br> **5829 W Sam Houston Pkwy** <br> **Suite 1005** <br> **Houston, TX 77041** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **DK Haney Construction Inc** <br> **3425 E Vickery Blvd** <br> **Ft Worth, TX 76105** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **Doneraki Restaurant** <br> **2411 Fountainview Drive** <br> **Suite 210** <br> **Houston, TX 77057** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **Down South Landscaping** <br> **7525 Red Willow Road** <br> **Fort Worth TX 76133** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **Dr Sherry Flusche, DDS PA** <br> **2435 E Southlake Blvd** <br> **Suite 100** <br> **South Lake TX 76092** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **DR. DANIEL R THEESFELD MD** <br> **8341 ASHBRIAR LANE** <br> **FORT WORTH TX 76126** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |

Sheet no. ___**32**___ of ___**105**___ continuation sheets attached to                                    **Subtotal >**          **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                        **Total >**
                                                              **(Use only on last page of the completed Schedule F.)**
                                                   **(Report also on Summary of Schedules and, if applicable, on the**
                                                   **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Dr. Kurt A. Juergens**<br>**1707 Cresent Canyon Dr.**<br>**Houston, TX 77095** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $25,000.00 |
| ACCT #:<br>**Drain Right**<br>**100 East Ridge Ct**<br>**Wylie, TX 75098** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Dream Catcher Balloons**<br>**301 N Arizona St**<br>**Celina TX 75009** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Duganjak Inc**<br>**d/b/a Nusurface DFW**<br>**1210 W Harris Road**<br>**Arlington TX 76001** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**DVD**<br>**PO Box 7775**<br>**San Francisco, CA 94120** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $28,100.00 |
| ACCT #:<br>**Eagle Oil Tools Inc**<br>**12734 Tanner Rd**<br>**Houston, TX 77041** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ____33____ of ____105____ continuation sheets attached to                              Subtotal >          $53,100.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    Total >
                                                    **(Use only on last page of the completed Schedule F.)**
                                            **(Report also on Summary of Schedules and, if applicable, on the**
                                            **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**East Texas Truck Repair**<br>**PO Box 1012**<br>**Bullard TX 75757** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Eddie Taw Inc**<br>**4112 Via Ballena**<br>**Mesquite, TX 75150** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Ehlers Company Inc**<br>**13302 Briar Hollow**<br>**Austin, TX 78729** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**El Paso CLeaners Supply LLC**<br>**9512 Carnagie Ave**<br>**El Paso, TX 79925** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**El Paso Cleaners Supply LLC**<br>**9512 carnagie Ave**<br>**El Paso TX 79925** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Electric One, Inc**<br>**PO Box 1015**<br>**Hurst, TX 76053** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ____34____ of ____105____ continuation sheets attached to                        **Subtotal >**          **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                           **Total >**
                                                  **(Use only on last page of the completed Schedule F.)**
                                           **(Report also on Summary of Schedules and, if applicable, on the**
                                           **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **R. Fuselier, Jean, Sr.**                                  Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Elite Waste Industries** <br> **PO Box 38319** <br> **Houston, TX 77238** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: | | | | $517.31 |
| ACCT #: <br> **Embassy Apartments** <br> **PO Box 60714** <br> **Irvine, CA 92602** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **Emergency Vehicles of Texas Inc** <br> **6000 Huddleston Street** <br> **Fort Worth, TX 76137** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **Encore piano Restoration, Inc** <br> **2001 Midway Road #121** <br> **Carrollton, TX 75006** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **Equity Custom Builders LLC** <br> **2417 Waterstone Drive** <br> **Cedar Hill TX 75104** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **Equity Custom Builders LLC** <br> **2417 Waterstone Drive** <br> **Cedar Hill TX 75104** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |

Sheet no. ___35___ of ___105___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$517.31**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                    Case No. _____

                                                                              (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**ETI Environmental Services Inc**<br>**4112 Via Ballena**<br>**Mesquite, TX 75150** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Everjoy Inc**<br>**15314 Marlowe Grove Drive**<br>**Sugarland, TX 77478** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Everjoy Inc**<br>**15314 Marlowe Grove Drive**<br>**Sugarland, TX 77478** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Express Sprinklers Inc**<br>**PO Box 433**<br>**Fate TX 75132** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**F&A Construction**<br>**PO Box 201844**<br>**Arlington, TX 76006** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Farrow Welding**<br>**300 South Louisiana Street**<br>**Celina, TX 75009** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ____36____ of ____105____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                     $0.00

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **R. Fuselier, Jean, Sr.**                                      Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**FedEx Tech Connect**<br>**c/o Slater, Tenaglia, Fritz & Hunt PA**<br>**Lockbox 4370**<br>**PO Box 95000**<br>**Philadelphia, PA 19195** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $658.45 |
| ACCT #:<br>**FedEx TechConnect**<br>**942 South Shady Grove Road**<br>**Memphis, TN 38120** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Fence Makeovers**<br>**624 Haggard**<br>**Suite 714**<br>**Plano, TX 75074** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**FIA Card Services**<br>**c/o Northstar Location Services**<br>**4285 Genesee STreet**<br>**Cheektowaga, NY 14225** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $3,203.11 |
| ACCT #:<br>**First Choice Crane Inc**<br>**925 South Loop West**<br>**Houston, TX 77054** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**First Choice Crane Inc**<br>**925 South Loop West**<br>**Houston, TX 77051** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ___**37**___ of ___**105**___ continuation sheets attached to                                    **Subtotal >**        $3,861.56

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                                                  **Total >**

**(Use only on last page of the completed Schedule F.)**

**(Report also on Summary of Schedules and, if applicable, on the**

**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **R. Fuselier, Jean, Sr.**                                    Case No. _____
                                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**First Equity Card Corp.**<br>**c/o Scott Lowery Law Office PC**<br>**1422 West 71st Street, Suite B**<br>**Tulsa, OK 74136** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $10,614.86 |
| ACCT #:<br>**Five Star Produce**<br>**3100 N Main Street**<br>**Fort Worth, TX 76106** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Five Starr Steel Inc**<br>**22782 East Oakley Drive**<br>**New Caney, TX 77357** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Flagship Floors Inc**<br>**1246 E Main Street**<br>**League City TX 77573** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Fleet Feet Sports**<br>**6408 N New Braunfels**<br>**San Antonio, TX 78209** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Floors 2000 Inc**<br>**120 Business Parkway**<br>**Richardson TX 75081** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. _____**38**_____ of _____**105**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     **$10,614.86**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                   Case No. _____
                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Flower Basket**<br>**201 North Bois d'Arc**<br>**Forney, TX 75126** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Flower Mart Inc**<br>**3021 Mockingbird Lane**<br>**Dallas, TX 75205** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Forest Photography**<br>**7306 Hemlock**<br>**Houston, TX 77015** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Fork Lifts Unlimited**<br>**550 N Navigation Blvd**<br>**Corpus Christi TX 78408** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Fork Lifts Unlimited Inc**<br>**550 N Navigation Blvd**<br>**Corpus Christi, TX 78408** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Formcrete Co LLC**<br>**519 I-30 #311**<br>**Rockwall, TX 75087** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ____**39**____ of ____**105**____ continuation sheets attached to                    **Subtotal >**          **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                            **Total >**
                                        **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                        Case No. _____

                                                                                (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Freedom Glass**<br>**131 Mustang Creek**<br>**Waxahachie, TX 75165** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Fuqua Industries Inc**<br>**205 W Vaughn Road**<br>**Cleburne, TX 76033** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Fuselier & Associates**<br>**1207 Hampshire Lane**<br>**Richardson TX 75080** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Fuselier & Associates**<br>**1250 24th Street NW**<br>**Suite 300**<br>**Washington, DC 20078-9710** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Fuselier & Associates**<br>**1250 24th Street NW**<br>**Suite 300**<br>**Washington, DC 20078-9710** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Fuselier & Associates**<br>**17772 Preston Road**<br>**Suite 100**<br>**Dallas, TX 20112** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ___40___ of ___105___ continuation sheets attached to          **Subtotal >**          $0.00

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                **Total >**
                                            **(Use only on last page of the completed Schedule F.)**
                                            **(Report also on Summary of Schedules and, if applicable, on the**
                                            **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                    Case No.   _____
                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Gabriel Erectors Corp**<br>**917 S Marlborough**<br>**Dallas, TX 75208** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Gallagher's Inc**<br>**1523 N Cedar Hill Road**<br>**Cedar Hill TX 75104** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Gallatin Ventures LLC**<br>**201 Midway St**<br>**Spring, TX 77373** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**GE Capital Retail Bank/Lowes**<br>**c/o Preossion Bureau of**<br>**   Collections of Maryland, Inc**<br>**PO Box 628**<br>**Elk Grove, CA 95759** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $1,475.04 |
| ACCT #:<br>**GE Money Bank**<br>**PO Box 965004**<br>**Orlando, FL 32896-5004** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $1,341.20 |
| ACCT #:<br>**Gecko Media Systems Inc**<br>**2303 FM 620**<br>**Suite 135-152**<br>**Lakeway TX 78734** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ___41___ of ___**105**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$2,816.24**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **R. Fuselier, Jean, Sr.**                                    Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Gecko Media Systems, Inc**<br>**2303 FM 620**<br>**Suite 135-152**<br>**Lakeway, TX 78734** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**GGC Enterprises, Inc**<br>**4580 Bufflehead Drive**<br>**Gloucester VA 23061** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**GHLM Inc**<br>**2936 Bison Ridge Drive**<br>**Bulverde TX 78163** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Glicks Lonestar Ceramics**<br>**2223 Austin Ave Ste 100**<br>**Waco, TX76701** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Glicks Lonestar Ceramics**<br>**2223 Austin Ave Ste 100**<br>**Waco, TX76701** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Global Benefit Solutions Inc**<br>**8716 N MoPac Expressway**<br>**Suite 200**<br>**Austin, TX 78759** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ____42____ of ____105____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $0.00

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                    Case No. _____
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Global Digital Forensics Inc**<br>**1106 Pinehurst Road**<br>**Dunedin, FL 34698** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Globe Electric Service**<br>**PO Box 171815**<br>**Dallas, TX 75218** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Go Econo Air of Texas LLC**<br>**5940 Kroger Drive**<br>**Suite 108**<br>**Keller, TX 76248** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Golf Centers of Texas LP**<br>**17330 Preston Road**<br>**Suite 111D**<br>**Dallas, TX 75252** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Golf Centers of Texas LP**<br>**17330 Preston Road**<br>**Suite 111D**<br>**Dallas, TX 75252** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Good Star Home LLC**<br>**14010 Briar Heath Drive**<br>**Houston, TX 77077** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |

Sheet no. ___43___ of ___105___ continuation sheets attached to                                **Subtotal >**          **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                                        **Total >**
                                                              **(Use only on last page of the completed Schedule F.)**
                                              **(Report also on Summary of Schedules and, if applicable, on the**
                                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **Grace Bible Ministries PO Box 797 Corsicana, TX 75151** | | - | DATE INCURRED: CONSIDERATION: **Unsecured Consumer Debt** REMARKS: | X | X | X | $0.00 |
| ACCT #: **Gray Motors Inc 11600 Lake June Road Balch Springs, TX 75180** | | - | DATE INCURRED: CONSIDERATION: **Unsecured Consumer Debt** REMARKS: | X | X | X | $0.00 |
| ACCT #: **Great Arrivals Gift Baskets 70 Frank Mossberg Drive, Attleboro, Massachusetts 02035** | | - | DATE INCURRED: CONSIDERATION: **Unsecured Consumer Debt** REMARKS: | X | X | X | $10.00 |
| ACCT #: **Great Texas Partners 5000 Vineyard McKinney, TX 75070** | | - | DATE INCURRED: CONSIDERATION: **Unsecured Consumer Debt** REMARKS: | X | X | X | $0.00 |
| ACCT #: **Great Texas Partners LP 5000 Vineyard McKinney, TX 75070** | | - | DATE INCURRED: CONSIDERATION: **Unsecured Consumer Debt** REMARKS: | X | X | X | $0.00 |
| ACCT #: **Greenberg, Grant, & Richards, Inc. 5858 Westheimer Rd. Suite 500 Houston, TX 77057** | | - | DATE INCURRED: CONSIDERATION: **Notice Only** REMARKS: | | | | $0.00 |

Sheet no. ___44___ of ___105___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   **$10.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **R. Fuselier, Jean, Sr.**                                    Case No. _____
                                                                                   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Grifco LLC**<br>**206 E Amedec Drive**<br>**Scotts, LA 70583** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Gulf Coast Region Inc**<br>**505 Kings Road**<br>**Double Oak, TX 75077** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**H S Systems Inc**<br>**PO Box 123**<br>**Rio Vista, TX 76093** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**H S Systems Inc**<br>**PO Box 123**<br>**Rio Vista, TX 76093** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Hampton Partnership LP**<br>**3317 McKinney**<br>**Suite 207**<br>**Dallas, TX 75204** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Harrel Pailet & Associates, P.C.**<br>**5454 La Sierra Drive, Suite 100**<br>**Dallas, TX 75231** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |

Sheet no. ___45___ of ___105___ continuation sheets attached to                                    Subtotal >          **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                   Total >
                                   (Use only on last page of the completed Schedule F.)
                         (Report also on Summary of Schedules and, if applicable, on the
                           Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **R. Fuselier, Jean, Sr.**

Case No.  _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Healing Hearts Home Health Agency**<br>**92 Wilson Road**<br>**Suite A**<br>**Humble, TX 77338** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Heaner Concrete, Inc**<br>**3624 Oaklawn**<br>**Suite 222**<br>**Dallas, TX 75219** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Hector Garza**<br>**d/b/a Concrete Surface Solutions**<br>**12907 Hwy 155 South**<br>**Tyler, TX 75703** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Hee Y Ko**<br>**3619 Chimney Rock Drive**<br>**Carrollton, TX 75007** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Heemsbergen Enterprises, Inc**<br>**5106 Commerical Drive**<br>**North Richland Hills, TX 76180** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**HERC Products Inc**<br>**5100 Westheimer**<br>**Houston, TX 77056** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ___46___ of ___105___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **R. Fuselier, Jean, Sr.**                               Case No. _____
                                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Hernandez Enterprises**<br>**707 Gato Road**<br>**El Paso, TX 79932** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**HLM Management Inc**<br>**Sterling Vacuum Service**<br>**PO Box 188**<br>**Boling, TX 77420** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Home Depot**<br>**PO Box 183175**<br>**Columbus, OH 43218-3175** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $2,139.03 |
| ACCT #:<br>**Horizon Technology Group Inc**<br>**15400 Knoll Trail #215**<br>**Dallas, Tx 75248** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Houston Enviro Services, LLC**<br>**1023 Bayland Ave**<br>**Houston, TX 77009** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**HTR Enterprises**<br>**d/b/a PC Kidz of Southeast Texas**<br>**11884 Crestwood**<br>**Lumberton TX 77657** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ____47____ of ____105____ continuation sheets attached to                    **Subtotal >**      $2,139.03
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                    **Total >**
                                                          **(Use only on last page of the completed Schedule F.)**
                                            **(Report also on Summary of Schedules and, if applicable, on the**
                                            **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                 Case No. _____

                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**HTR Enterprises**<br>**d/b/a PC Kidz of Southeast Texas**<br>**11884 Crestwood**<br>**Lumberton TX 77657** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Humphrey & Associates**<br>**1708 Windmire Drive**<br>**Mesquite, TX 75181** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Humphries Marketing Group**<br>**16801 Addison Road**<br>**Suite 310**<br>**Addison, TX 75001** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**HVAC & Electrical Contractor of South TX**<br>**1912 Houston Blvd**<br>**Houston TX 77587** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**IGS Welding Specialist**<br>**6622 Apple Valley Lane**<br>**Houston, TX 77069** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**IGS Welding Specialist**<br>**6622 Apple Valley Lane**<br>**Houston, TX 77069** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ___48___ of ___105___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**      $0.00

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                    Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Imperial Beverage Group LLC**<br>**1306 Motor Circle**<br>**Dallas, Tx 75207** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**India Grocers**<br>**6606 Southwest Freeway**<br>**Houston, TX 77074** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Industrial Alloy Fabrication Inc**<br>**11981 FM 529**<br>**Houston, TX 77041** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Innovative A/V Solutions**<br>**2417 Stone Creek Drive**<br>**Plano, TX 75075** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Innovative Assemblers Inc**<br>**15000 Bellaire**<br>**Houston, TX 77083** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Integras Operating LLC**<br>**333 Cedar Street**<br>**Abilene TX 79601** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ___49___ of ___105___ continuation sheets attached to                        **Subtotal >**                $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                            **Total >**
                                                    **(Use only on last page of the completed Schedule F.)**
                                          **(Report also on Summary of Schedules and, if applicable, on the**
                                          **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                           Case No. _____

                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Integrated Roadway Services**<br>**10606 Shady Trail**<br>**Suite 106**<br>**Dallas, TX 75220** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Interconnection Ltd**<br>**3317 Finley Road**<br>**Suite 256**<br>**Irving, TX 75062** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**International Trade Corp**<br>**2801 Jay Road**<br>**Seguin, TX 78155** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**International Trade Corp**<br>**2801 Jay Road**<br>**Seguin, TX 78155** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Investment Retrievers, Inc.**<br>**PO box 4733**<br>**ElDorado Hills, CS 95762-0023** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**IWARE Inc**<br>**1920 W Airfield Drive #C100**<br>**DFW Airport, TX** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ___50___ of ___105___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** $0.00

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **R. Fuselier, Jean, Sr.**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **J & J Intermodal 518 Nafta Blvd Suite B Laredo, Tx 78045** | | - | DATE INCURRED: CONSIDERATION: **Unsecured Consumer Debt** REMARKS: | X | X | X | $0.00 |
| ACCT #: **J Cortez Transport Inc 2015 Brundrette Dallas, TX 75208** | | - | DATE INCURRED: CONSIDERATION: **Unsecured Consumer Debt** REMARKS: | X | X | X | $0.00 |
| ACCT #: **J&A Contractors 11430 FM 529 Houston, TX 77041** | | - | DATE INCURRED: CONSIDERATION: **Unsecured Consumer Debt** REMARKS: | X | X | X | $0.00 |
| ACCT #: **J&B Commercial LLC 4901 LBJ Freeway Suite 125 Dallas TX 75244** | | - | DATE INCURRED: CONSIDERATION: **Unsecured Consumer Debt** REMARKS: | X | X | X | $0.00 |
| ACCT #: **J-N Construction Co 1113 Hampshire Lane Richardson, TX 75080** | | - | DATE INCURRED: CONSIDERATION: **Unsecured Consumer Debt** REMARKS: | X | X | X | $0.00 |
| ACCT #: **J-Way & Company 1936 County Road 2105 Kemp, TX 75143** | | - | DATE INCURRED: CONSIDERATION: **Unsecured Consumer Debt** REMARKS: | X | X | X | $0.00 |

Sheet no. ____51____ of ____105____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**James Hay**<br>**8811 Tan Oak Circle**<br>**Tomball, TX 77375** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**James Puryear Welding Fabrication**<br>**350 T&P Lane**<br>**Abilene, TX 79602** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Jantex Construction Inc**<br>**39271 I-20**<br>**Winnie TX 77665** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Jantex Construction Inc**<br>**39271 I-20**<br>**Winnie TX 77665** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Jared the Galleria of Jewelry**<br>**PO Box 740425**<br>**Cincinnati, OH 45274-0425** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | | | | $8,071.73 |
| ACCT #:<br>**JB's Grass**<br>**614 S Beltline Road**<br>**Irving, TX 75060** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ___**52**___ of ___**105**___ continuation sheets attached to                    **Subtotal >**           **$8,071.73**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              **Total >**
                                         **(Use only on last page of the completed Schedule F.)**
                                 **(Report also on Summary of Schedules and, if applicable, on the**
                                 **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                    Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**JCH Management LLC**<br>**14851 Keanon Ridge CT**<br>**Manassas, VA 20112** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $238,367.39 |
| ACCT #:<br>**JCH Management LLC**<br>**14851 Keanon Ridge CT**<br>**Manassas, VA 20112** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $38,643.94 |
| ACCT #:<br>**Jean Sumers**<br>**8503 Madrone Meadow Ct.**<br>**Katy, TX 77494** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $200,000.00 |
| ACCT #:<br>**Jentex Construction Inc**<br>**39271 I-10**<br>**Winnie, TX 77665** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**JNJ Insulation**<br>**1230 E Hwy 199**<br>**Suite 102**<br>**Springtown, TX 76082** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**John C. Bonewicz, P.C.**<br>**8001 Lincoln Ave, Suite 402**<br>**Skokie, IL 60077** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |

Sheet no. ____53____ of ____105____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$477,011.33**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **R. Fuselier, Jean, Sr.**                                        Case No. _____
                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**John C. Bonewicz, P.C.**<br>**8001 Lincoln Ave, Suite 402**<br>**Skokie, IL 60077** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**John R. Ames**<br>**PO Box 139066**<br>**Dallas, TX 75313-9066** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | | | | $1,654.94 |
| ACCT #:<br>**John Simmons Electric Co**<br>**PO Box 214**<br>**Pflugerville TX 78691** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**John Simmons Electric Co**<br>**PO Box 214**<br>**Pflugerville TX 78691** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Jonathan & Allison Vanfelt**<br>**8607 Hooks Creek Circle**<br>**Houston, TX 77095** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $200,000.00 |
| ACCT #:<br>**JTM Technologies Inc**<br>**204 Industrial Ct**<br>**Wylie, TX 75098** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ____54____ of ____105____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     **$201,654.94**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                    Case No. _____

                                                                                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**JTM Technologies Inc**<br>**204 Industrial Ct**<br>**Wylie, TX 75098** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**JTM Technologies Inc**<br>**204 Industrial Ct**<br>**Wylie, TX 75098** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**JTM Technologies Inc**<br>**204 Industrial Ct**<br>**Wylie, TX 75098** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Jurassic Industries Inc**<br>**902 S Business 81/287**<br>**Decatur, TX 76234** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Jurassic Industries Inc**<br>**902 S Business 81/287**<br>**Decatur, TX 76234** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Just Baked II, Inc**<br>**222 W Las Colinas Blvd**<br>**Suite 151**<br>**Irving, TX 75039** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ____**55**____ of ____**105**____ continuation sheets attached to            **Subtotal >**            $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                            **Total >**
                                         **(Use only on last page of the completed Schedule F.)**
                                 **(Report also on Summary of Schedules and, if applicable, on the**
                                 **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **R. Fuselier, Jean, Sr.**                                    Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **K&O Welding & Fabrication Inc** <br> **PO Box 531** <br> **Azle TX 76098** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | **$0.00** |
| ACCT #: <br> **K&S Equipment** <br> **PO Box 172** <br> **Damon, TX 77430** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | **$0.00** |
| ACCT #: <br> **Kathryn Risley Design** <br> **3601 West Alabama #103** <br> **Houston, TX 77027** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | **$0.00** |
| ACCT #: <br> **Katy Carpet Corporation** <br> **1005 Fort Bend Road** <br> **Katy, TX 77493** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | **$0.00** |
| ACCT #: <br> **Katy Topsoil and Nursery Inc** <br> **4314 Katy Hockley Road** <br> **Katy, TX 77493** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | **$0.00** |
| ACCT #: <br> **Kelli Nielsen** <br> **1806 W 10th Street** <br> **Austin, TX 78703** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | **$0.00** |

Sheet no. ____**56**____ of ____**105**____ continuation sheets attached to          **Subtotal >**          **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                    Case No. _____

                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Khakis Fresh Foods Inc**<br>**4401 Little Road**<br>**Arlington, TX 75601** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Kirby Holdings Inc**<br>**11760 Clay Road**<br>**Houston, TX 77043** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**KM & RH Enterprises**<br>**PO Box 1495**<br>**Colleyville, TX 76034** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Landscape & Patio Designs Inc**<br>**3222 Bluebonnet Meadows**<br>**Houston, TX 77084** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Laser Xperts**<br>**10907 Tanwood Drive**<br>**Houston, TX 77065** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Latin Roofing**<br>**1320 Blair Drive**<br>**Mesquite, TX 75150** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |

Sheet no. ____**57**____ of _____**105**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal > | **$0.00** |
|---|---|---|
|  | **Total >**<br>**(Use only on last page of the completed Schedule F.)**<br>**(Report also on Summary of Schedules and, if applicable, on the**<br>**Statistical Summary of Certain Liabilities and Related Data.)** | |

B6F (Official Form 6F) (12/07) - Cont.

In re  **R. Fuselier, Jean, Sr.**                                    Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Law Office of Weinstock & O'Malley**<br>**105 White Oak Lane, Second Floor**<br>**Old Bridge Lane, NJ 08857-1006** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**LCD Mechanical Inc**<br>**k1822 Barnett**<br>**Weatherford, TX 76087** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**LCH Forwarders, Inc**<br>**4450 Trade Center Blvd**<br>**Laredo, TX 78045** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Leighadron Inc**<br>**PO Box 651953**<br>**San Antonio TX 78268** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Leo Intergrated Communications**<br>**110 W Virginia Street**<br>**Suite 200**<br>**McKinney, TX 75069** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Levco Construction**<br>**22300 Decker Prairie Rosehill**<br>**Tomball TX 77377** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |

Sheet no. ____58____ of ____105____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$0.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **R. Fuselier, Jean, Sr.**                                    Case No. _____
                                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Lexis Nexis** <br> **PO Box 2314** <br> **Carol Stream, IL 60132-2314** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: | | | | $2,819.56 |
| ACCT #: <br> **Lexis Nexis** <br> **12770 Coit Rd., 10th Floor** <br> **Dallas, TX 75251** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $20,000.00 |
| ACCT #: <br> **LHL Management Inc** <br> **2809 W Euless Blvd** <br> **Euless, TX 76040** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **Lifetime Family Chiropractic LLC** <br> **1106 South Mays Ste 210** <br> **Round Rock, TX 78664** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **Lighting Guy Enterprises** <br> **1507 Sullivan Street** <br> **Dallas, TX 75215** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **Lighting Guy Enterprises** <br> **1507 Sullivan Street** <br> **Dallas, Tx 75215** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |

Sheet no. ____59____ of ____105____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $22,819.56

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                 Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Linebarger Goggan Blair & Sampson, LLP**<br>**2323 Bryan Street, Suite 1600**<br>**Dallas, TX 75201-2644** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Liquidity International**<br>**1270 Champion Circle**<br>**#100**<br>**Carrollton, TX 75006** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Liquidity International**<br>**1270 Champion Circle**<br>**#100**<br>**Carrollton, TX 75006** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Liquidity International Inc**<br>**2161 Hutton Suite 126**<br>**Carrollton, TX 75006** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**LNL Investments Inc**<br>**4677 Durban Park Drive**<br>**Plano, TX 75024** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Loggins & Bennett Transportation**<br>**1240 Blalock Road**<br>**Houston, TX 77055** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |

Sheet no. ____**60**____ of ____**105**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$0.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **R. Fuselier, Jean, Sr.**                                                Case No. _____
                                                                                                       (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Lone Star Compressor Corporation**<br>**1100 Louisiana Street**<br>**South Houston TX 77587** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Lone Star Compressor Corporation**<br>**1100 Louisiana Street**<br>**South Houston TX 77587** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Lone Star Overnight**<br>**PO Box 149225**<br>**Austin, TX 78714-9225** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$139.29** |
| ACCT #:<br>**Lonestar GCS Inc**<br>**1401 TI Blvd**<br>**Suite E & F**<br>**Richardson, TX 75081** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Lowes**<br>**PO Box 530970**<br>**Atlanta, GA 30353-0970** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$1,235.62** |
| ACCT #:<br>**M L Jones & Assoc Inc**<br>**2 1/2 N Washington #14**<br>**El Campo, TX 77437** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |

Sheet no. ____61____ of ____105____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$1,374.91**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **R. Fuselier, Jean, Sr.**                                    Case No. _____
                                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**M&T Natural Stone Inc<br>5605 Thousand Oaks Drive<br>Joshua, TX 76058** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**M2C Global International<br>1270 Champion Circle #100<br>Carrollton, TX 75006** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Macaux Floral Events<br>1609 Hart Street, Ste 100<br>Southlake, TX 76092** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Macaux Floral Events<br>1609 Hart Street, Ste 100<br>Southlake, TX 76092** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Macedonia Missionary Baptist Church<br>2712 South Freeway<br>Fort Worth, TX 76104-6770** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Macedonia Missionary Baptist Church<br>Cavalry Construction<br>1220 Brown Trail<br>Bedford, TX 76022** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ___62___ of ___105___ continuation sheets attached to                              **Subtotal >**                  $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **R. Fuselier, Jean, Sr.**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Madika Food Inc**<br>**17062 Preston Road #130**<br>**Dallas, TX 75248** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Mag Development**<br>**26032 Pine Oak Drive**<br>**Hockley, TX 77447** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Mag Development**<br>**26032 Pine Oak Drive**<br>**Hockley, TX 77447** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Makeover Houston LLC**<br>**11111 Wilcrest Green**<br>**Suite 380**<br>**Houston, TX 77042** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Malava LLC**<br>**2901 W Pacific Coast Highway**<br>**Suite 200**<br>**Newport Beach CA 92663** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Malava LLC**<br>**2901 W Pacific Coast Highway**<br>**Suite 200**<br>**Newport Beach CA 92663** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. _____63_____ of _____105_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   $0.00

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **R. Fuselier, Jean, Sr.**                                Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Malava, LLC**<br>**2901 W Pacific Coast Highway**<br>**Suite 200**<br>**Newport Beach CA 92663** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Mark Frazier Construction**<br>**519 N Young Street**<br>**Follett TX 79034** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Marquez Painting**<br>**5400 Magnum Drive**<br>**Arlington, TX 76018** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Martinez & Bone Realty Inc**<br>**133 E Main Street**<br>**Azle, TX 76020** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Matrix Lubricants LLC**<br>**5750 Campbell Road**<br>**Houston TX 77041** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Matrix Lubricants, LLC**<br>**5750 Campbell Road**<br>**Houston, TX 77041** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ___64___ of ___105___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $0.00

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **R. Fuselier, Jean, Sr.**                                    Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Mattco Resources Inc**<br>**1400 Hillmont**<br>**Austin TX 78704** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Maverick Materials LLC**<br>**504 Hansbarger St**<br>**Everman, TX 76140** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Maverick Materials LLC**<br>**504 Hansbarger St**<br>**Everman, TX 76140** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Max Mechanical**<br>**2313 Michigan Court**<br>**Arlington, TX 76016** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**MBNA America NA**<br>**c/o McGuigan Law Office, LLC**<br>**311 Veterans Highway #100A**<br>**Levittown, PA 19056** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $24,695.96 |
| ACCT #:<br>**MCS Tools LLC**<br>**11300 N Central Expressway**<br>**Dallas, TX 75243** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ____65____ of ____105____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                Subtotal >       $24,695.96

                                                                    Total >
                                    (Use only on last page of the completed Schedule F.)
                        (Report also on Summary of Schedules and, if applicable, on the
                        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                              Case No. _____

                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**MCS Tools LLC**<br>**11300 N Central Expressway**<br>**Dallas, TX 75243** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Meadow Central Animal Clinic**<br>**11661 Preston Raod #244**<br>**Dallas, TX 75230** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Medical Plus Supplies inc**<br>PO Box 301050<br>**Houston, TX 77230** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Merbaum Law Group, P.C.**<br>**5755 North Point Parkway, Suite 284**<br>**Alpharetta, GA 30022** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Merrill Square LP**<br>**3317 McKinney Ave**<br>**Suite 207**<br>**Dallas, TX 75204** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Mesa Development Group Inc**<br>**13666 Peyton**<br>**Dallas, TX 75240** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ___66___ of ___105___ continuation sheets attached to                                    **Subtotal >**                  $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                    **Total >**
                                                                (Use only on last page of the completed Schedule F.)
                                                                (Report also on Summary of Schedules and, if applicable, on the
                                                                Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **R. Fuselier, Jean, Sr.**                                    Case No. _____

                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Metro Material Handling Systems**<br>**5200 Airport Freeway Suite E-4**<br>**Haltom City, TX 76117** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Metropolitan Services**<br>**6301 Lakeshore Drive**<br>**Dallas, TX 75214** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Mike's Garden Center Inc**<br>**5703 Crowley Center**<br>**Fort Worth, TX 76134** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Mike's Garden Center Inc**<br>**5703 Crowley Center**<br>**Fort Worth, TX 76134** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Millers Pro Design Pools**<br>**3245 Main Street**<br>**Suite 235-157**<br>**Frisco, TX 75034** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Misuno USA Inc.**<br>**4925 Avalon Ridge Parkway**<br>**Norcross, VA 30071** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | X | X | X | $10.00 |

Sheet no. ____67____ of ____105____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $10.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **R. Fuselier, Jean, Sr.**                                Case No. _____
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Mobill Construction Inc**<br>**13940 Park Ave**<br>**Conroe, TX 77384** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Modesto Tallow Co**<br>**2621 State Street**<br>**Dallas, TX 75204** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Moftware Inc**<br>**12610 W Airport Blvd**<br>**Suite 120**<br>**Sugarland, TX 77478** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Moftware Inc**<br>**12610 W Airport Blvd**<br>**Suite 120**<br>**Sugarland, TX 77478** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**MRS Associates**<br>**c/o Capital One Bank USA**<br>**1930 Olney Ave**<br>**Cherry Hill, NJ 08003** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $7,992.20 |
| ACCT #:<br>**MTech Inc**<br>**2235 Handley Ederville Road**<br>**Fort Worth TX 76118** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ____68____ of ____105____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$7,992.20**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                    Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Mullins, Hirsch, Edwards, Heath, White,**<br>**100 Park Avenue, Suite 400**<br>**Oklahoma City, OK 73102-8015** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**Unsigned Agreed Judgment?** | | | | $9,716.00 |
| ACCT #:<br>**Mystic Tan Inc**<br>**13800 Senlac Drive**<br>**Suite 300**<br>**Farmers Branch, TX 75234** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**N-Ranger Financial Services Inc**<br>**11021 Cramer Road KP N**<br>**Gig Harbor, WA 98329** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**National Loss Consultants Inc**<br>**7829 Carrie Lane**<br>**Pearland, TX 74584** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**NCO Financial**<br>**PO Box 12100 Dept 64**<br>**Trenton, NJ 08650** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**NCO Financial Systems, Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |

Sheet no. _____69_____ of _____105_____ continuation sheets attached to        **Subtotal >**        $9,716.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                              Case No. _____
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Netstrategies & Management Inc**<br>**801 E Border Street, Ste E**<br>**Arlington, TX 76010** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Netstrategies & Management Inc**<br>**801 E Border Street, Ste E**<br>**Arlington, TX 76010** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**New Pilgrim Rest**<br>**Missionary Baptist Church**<br>**1930 Gallagher Street**<br>**Dallas, TX 75212** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Nguyen Tran Law Firm PLLC**<br>**1600 East Pioneer Parkway, Ste. 333**<br>**Arlington, TX 76010** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Night Vision Technologies Inc**<br>**1119 Luke Street**<br>**Suite 101**<br>**Irving, TX 75061** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Nighteyes Protective Services Inc**<br>**2407 E Yandell Drive**<br>**El Paso, TX 79903** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |

Sheet no. ___**70**___ of ___**105**___ continuation sheets attached to                          **Subtotal >**          **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                  **Total >**
                                                          **(Use only on last page of the completed Schedule F.)**
                                                          **(Report also on Summary of Schedules and, if applicable, on the**
                                                          **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                     Case No. _____

                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Nissi International Inc**<br>**4020 N MacArthur Blvd**<br>**#122-250**<br>**Irving, TX 75038** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Nortex Landscape & Irrigation**<br>**621 Shady Bridge Lane**<br>**Keller, TX 76248** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**North Texas Pool Solutions**<br>**2050 Grayson Drive**<br>**#3108**<br>**Grapevine, TX 76051** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**North Texas Steel Co Inc**<br>**412 West Bolt Street**<br>**Fort Worth, TX 76110** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Northlake Supply Co Inc**<br>**3718 Thornhill Way**<br>**Rowlett, TX 75088** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Nuleema**<br>**2851 Merrell Road**<br>**Dallas, TX 75229** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ____71____ of ____105____ continuation sheets attached to               **Subtotal >**               $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                        **Total >**
                                    **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **R. Fuselier, Jean, Sr.**                     Case No. _____
                                                                 (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**NW Harris Mud #29**<br>**PO Box 3035**<br>**Houstin, TX 77253-3035** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $1,118.56 |
| ACCT #:<br>**OFS Solid Services Inc**<br>**PO Box 2258**<br>**Channelview, TX 77530** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**OFS Solid Services Inc**<br>**PO Box 2258**<br>**Channelview TX 77530** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Oil Patch Transportation Inc**<br>**PO Box 1338**<br>**Pearland, TX 77588** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Oil Patch Transportation Inc**<br>**PO Box 1338**<br>**Pearland, TX 77588** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Online Security Systems**<br>**4829 West Royal Lane**<br>**Suite A**<br>**Irving, TX 75063** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ___**72**___ of ___**105**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $1,118.56

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                    Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Overseas Carriers Inc**<br>**3526 E FM 528 Suite 104**<br>**Friendswood TX 77546** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**P&S Stone Inc**<br>**PO Box 59**<br>**Wichita Falls, TX 76307** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Pam Milacek**<br>**6060 N Central Expy Suite 314**<br>**Dallas, TX 75206** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Paragon Planning Inc**<br>**601 Zena Rucker Road #103**<br>**Southlake, TX 76092** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Paragon Planning Inc**<br>**601 Zena Rucker Road #103**<br>**Southlake, TX 76092** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Parrish Machine & Service**<br>**7419 Avenue O**<br>**Houston, TX 77011** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. _____73_____ of _____105_____ continuation sheets attached to                    **Subtotal >**        $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                        Case No. _____

                                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**PCX Player Inc**<br>**PO Box 1116**<br>**Allen, TX 75013** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Pennells Carpet**<br>**1725 N Story Road Ste 116**<br>**Irving, TX 75061** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Peridot Group**<br>**6105 Calm Meadow**<br>**Dallas, TX 75248** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Peridot Group**<br>**6105 Calm Meadow**<br>**Dallas, TX 75248** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Perry A Phillps**<br>**c/o Rainey & Phillips**<br>**358 Rocwell Street, Ste 1130**<br>**Marietta, GA 30061** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$20,000.00** |
| ACCT #:<br>**Pinemont Full Gospel Holy Temple Church**<br>**5925 Knox Street**<br>**Houston, TX 77091** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |

Sheet no. ____74____ of ____105____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$20,000.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                    Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Plano Paper & Supply**<br>**5960 W Parker Road #278**<br>**Plano TX 75093** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Plano Paper & Supply**<br>**5960 W Parker Road #278**<br>**Plano, TX 75093** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Plano Paper & Supply LLC**<br>**800 Fulgham Road Suite 30**<br>**Plano, TX 75093** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**PM Machine Works**<br>**9320 Crowley Road**<br>**Fort Worth, TX 76134** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Powerhouse Marine Int'l Inc**<br>**2626 Wilson Road**<br>**Humble, TX 77396** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Precise Mechanical Sales**<br>**22341 E Hammond Drive**<br>**Porter, TX 77365** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |

Sheet no. ____75____ of ____105____ continuation sheets attached to                          **Subtotal >**          **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    **Total >**
                              **(Use only on last page of the completed Schedule F.)**
                              **(Report also on Summary of Schedules and, if applicable, on the**
                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                 Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Premium Impressions**<br>**901 Ave T Suite 106**<br>**Grand Prairie, TX 75050** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Premium Impressions**<br>**Alpha Shirt Co**<br>**5151 E Broadway Blvd, Ste 800**<br>**Tuscon, AZ 85711** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Prime Companies**<br>**409 Center Street**<br>**Yuba City, CA 95991** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Pringle Jenkins & Assoc PC**<br>**16865 Diana Lane #100**<br>**Houston, TX 77058** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Pringle Jenkins & Associates PC**<br>**16865 Diana Lane #100**<br>**Houston, TX 77058** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Pringle Jenkins & Associates PC**<br>**16865 Diana Lane #100**<br>**Houston, TX 77058** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ____76____ of ____105____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                    $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                    Case No. _____
                                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Proforh Floors**<br>**2202 113th Street**<br>**Suite 100**<br>**Grand Prairie, TX 75050** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Quality Data Imaging**<br>**2100 Les Mauldin, Ste A&B**<br>**Brownsville, TX 78521** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Quality Pallet Corporation**<br>**PO Box 1880**<br>**Channelview, TX 77530** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Quantum Therapy**<br>**2140 Anna Code Circle**<br>**Rockwall, TX 75087** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Quantum Therapy**<br>**2140 Anna Code Circle**<br>**Rockwall, TX 75087** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Quest Studios Inc**<br>**5900 Lovell Ave**<br>**Fort Worth, TX 76107** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. _____**77**_____ of _____**105**_____ continuation sheets attached to        **Subtotal >**        $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                           Case No. _____

                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Ranger Finacial Services Inc**<br>**1850 N Greenville #150**<br>**Richarson TX 75081** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Ranger Financial Services Inc**<br>**11021 Cramer Road Kp N**<br>**Gig Harbor WA 98329** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Ranger Financial Services Inc**<br>**1850 N Greenville #150**<br>**Richardson, TX 75081** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Rausch, Sturn, Isreal, Emerson & Hornik,**<br>**15851 North Dallas Parkway, Suite 245**<br>**Addison, TX 75001** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Lawsuit** | | | | $0.00 |
| ACCT #:<br>**Real Orbit Inc**<br>**2203 Oak Alley**<br>**Tyler TX 75703** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Real Soccer LLC**<br>**8809 Lakeview Pkwy**<br>**Suite 120**<br>**Rowlett, TX 75089** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ___78___ of ___105___ continuation sheets attached to          **Subtotal >**          $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          **Total >**
                                    **(Use only on last page of the completed Schedule F.)**
                        **(Report also on Summary of Schedules and, if applicable, on the**
                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                     Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Realm Development Corp**<br>**2630 Bissonnet Street**<br>**Houston TX 77005** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Rehab Affiliates Inc**<br>**9150 Huebner Road, Ste 340**<br>**San Antonio TX 78240** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Rela Transport Inc**<br>**5713 Safari Drive**<br>**New Braunfels, TX 78132** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Relevant Technologies Corp**<br>**301 S Sherman Street, Ste117**<br>**Richardson, TX 75081** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Rembert Enterprises Inc**<br>**3625 Bonanza Lane**<br>**Flower Mound TX 75022** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Rembert Enterprises Inc**<br>**3625 Bonanza Lane**<br>**Flower Mound, TX 75022** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ___79___ of ___105___ continuation sheets attached to                                    **Subtotal >**   $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                  Case No. _____
                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Remote Dynamics Inc**<br>**1155 Kas Drive, Ste 100**<br>**Richardson, TX 75081** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Remote Dynamics, Inc**<br>**ARC Wireless Solutions**<br>**10601 West 48th Ave**<br>**I-70 Frontage Road North**<br>**Wheat Ridge, CO 80033** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | | X | $0.00 |
| ACCT #:<br>**Rhett Stuman Construction Co Inc**<br>**274 Deborah Drive**<br>**New Braunfels, TX 78130** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Rice Medical Associates PA**<br>**2201 W Holcombe**<br>**Houston, TX 77030** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Richard N Smith Inc**<br>**3904 Tally Ho**<br>**Irving, TX 75062** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Ridglea Music**<br>**3345 Winthrop Ave**<br>**Ft Worth TX 76116** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ____80____ of ____105____ continuation sheets attached to          **Subtotal >**          $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          **Total >**
                                              **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **R. Fuselier, Jean, Sr.**                        Case No. _____
                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**RISD**<br>**c/o Perdue, Brandon, Fielder, Collins**<br>**& Mott, LLP**<br>**PO Box 13430**<br>**Arlington, TX 76094** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $2,519.88 |
| ACCT #:<br>**RJR Auto Services**<br>**1630 West Bruton Road**<br>**Mesquite TX 75149** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Robare Enterprises LLC**<br>**d/b/a U Build It**<br>**7575 N Loop 1604 W, Ste 103**<br>**San Antonio TX 78249** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Robare Enterprises, LLC**<br>**d/b/a U Build It**<br>**7575 N Loop 1604 W**<br>**San Antonio, TX 78249** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Rober Hines Custom Homes**<br>**3711 W Green Oaks Blvd, Ste 2B**<br>**Arlington, TX 76016** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Rocket City Entertainment LLC**<br>**406 W Grand Parkway S, Ste 375**<br>**Katy, TX 77494** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ____81____ of ____105____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $2,519.88

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **R. Fuselier, Jean, Sr.**                                      Case No. _____
                                                                                     (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Ron Seager**<br>**4969 N Backer #239**<br>**Fresno, CA 93726** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Royal Dollar Store**<br>**4401 Emerald Drive**<br>**Carrollton, TX 75010** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Royal Inn**<br>**4242 Independence**<br>**Dallas, TX 75237** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**RT Electric Inc**<br>**480 N 17th Street**<br>**Las Cruces, NM 88005** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**RT Electric Inc**<br>**480 N 17th Street**<br>**Las Cruces, NM 88005** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**RT United Solutions Inc**<br>**11110 N Houston Rosslyn**<br>**Unit 1**<br>**Houston, TX 77088** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ___82___ of ___105___ continuation sheets attached to                            **Subtotal >**        $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Rust & Skeleton LLC**<br>**7324 Gaston Ave**<br>**Dallas, TX 75214** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Rustbusters Industrial Painting Inc**<br>**2110 Federal Road**<br>**Houston TX 77015** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Ryan Evans**<br>**107 Parkway**<br>**Montgomery, TX 77356** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**S&E Trucking LLC**<br>**PO Box 3912**<br>**Humble TX 77347** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**S&V Construction LLC**<br>**236 W Pecan Street**<br>**Celina, TX 75009** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**S&V Construction LLC**<br>**236 W Pecan Street**<br>**Celina, TX 75009** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |

Sheet no. _____83_____ of _____**105**_____ continuation sheets attached to                **Subtotal >**                **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    **Total >**
                                          **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                    Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**S-A Greater Austin Development Co Ltd**<br>**4105 Eck Lane**<br>**Austin, TX 78734** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**S-A Greater Austin Development Co Ltd**<br>**4105 Eck Lane**<br>**Austin, TX 78734** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**S-An Alliance Air Conditioning & Heating**<br>**1206 W Euless Blvd, Ste 106**<br>**Euless, TX 76040** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Sales Alternative Inc**<br>**18970 US Highway 59 N**<br>**Suite B**<br>**New Caney TX 77357** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Sara J Willaford**<br>**Citi Card** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Sarah LeClere Company**<br>**5555 N Lamar Blvd, Ste 105**<br>**Austin, TX 78751** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |

Sheet no. ____84____ of ____105____ continuation sheets attached to                              **Subtotal >**      **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                **Total >**
                                                        **(Use only on last page of the completed Schedule F.)**
                                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **R. Fuselier, Jean, Sr.**                          Case No. _____

                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br>**Scott Lucas Construction** <br>**720 Country Club Road, Ste300** <br>**Allen, Tx 75002** | | - | DATE INCURRED: <br>CONSIDERATION: <br>**Unsecured Consumer Debt** <br>REMARKS: | X | X | X | $0.00 |
| ACCT #: <br>**Security Fire Systems Inc** <br>**1203 Crestside Drive #280** <br>**Coppell, TX 75019** | | - | DATE INCURRED: <br>CONSIDERATION: <br>**Unsecured Consumer Debt** <br>REMARKS: | X | X | X | $0.00 |
| ACCT #: <br>**Security Solutions of DFW** <br>**4021 Beltline Road #104** <br>**Addison, TX 75001** | | - | DATE INCURRED: <br>CONSIDERATION: <br>**Unsecured Consumer Debt** <br>REMARKS: | X | X | X | $0.00 |
| ACCT #: <br>**Segura Painting** <br>**10910 Faylin Drive** <br>**Austin, TX 78753** | | - | DATE INCURRED: <br>CONSIDERATION: <br>**Unsecured Consumer Debt** <br>REMARKS: | X | X | X | $0.00 |
| ACCT #: <br>**Select Interiors & Exteriors** <br>**1534 Shenandoah Drive** <br>**Cedar Park TX 78613** | | - | DATE INCURRED: <br>CONSIDERATION: <br>**Unsecured Consumer Debt** <br>REMARKS: | X | X | X | $0.00 |
| ACCT #: <br>**Senavin Inc** <br>**2706 Zachary Bend Lane** <br>**Katy, TX 77494** | | - | DATE INCURRED: <br>CONSIDERATION: <br>**Unsecured Consumer Debt** <br>REMARKS: | X | X | X | $0.00 |

Sheet no. ____85____ of ____105____ continuation sheets attached to                          Subtotal >       $0.00

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    Total >
                                   **(Use only on last page of the completed Schedule F.)**
                                   **(Report also on Summary of Schedules and, if applicable, on the**
                                   **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                    Case No. _____
                                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Sew Elegant**<br>**321 2nd Street**<br>**Columbia, MS 39429** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Shine Transmission LLC**<br>**9419 Dormoch Drive**<br>**Spring TX 72379** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Simplex Building Products Inc**<br>**5100 Westheimer Road, Ste 200**<br>**Houston, TX 77056** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Sirius Satellite Radio**<br>**c/o EOS CCA**<br>**PO Box 567**<br>**Norwell, MA 02061** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $35.32 |
| ACCT #:<br>**Skin Care Innovations Inc**<br>**1270 Champion Circle #100**<br>**Carrollton, TX 75006** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Smith Irrigation Inc**<br>**2400 Round Mountain Road**<br>**Leander, TX 78641** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ___86___ of ___105___ continuation sheets attached to                          **Subtotal >** | **$35.32**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **R. Fuselier, Jean, Sr.**                                     Case No. _____

                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Smith Irrigation Inc**<br>**2400 Round Mountain Road**<br>**Leander, TX 78641** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Snow's Cards & Gifts Inc**<br>**1609 1st Ave Street**<br>**Birmingham, AL 35233** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**South Coast Customs**<br>**1622 Sawdust Road**<br>**Suite B5**<br>**Springfield, TX 77380** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**South Texas Environmental Products Inc**<br>**1500 Chisholm Trail**<br>**Round Rock, TX 78680** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**South Texas Environmental Products inc**<br>**1500 Chisholm Trail**<br>**Round Rock, TX 78680** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**South Texas Medical Equipment**<br>**1516 Dove Avenue, Ste I**<br>**McAllen, Texas 78504** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ____87____ of ____**105**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >      $0.00

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                          Case No. _____

                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Southard Septic Systems**<br>**343 Blackjack Ennis**<br>**Ennis, Texas 75119** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Southern Cabinetry & Millworks, Inc**<br>**697 Industrial Park Drive**<br>**Evans, GA 30809** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Southern Jewelry Manufacturing Co Inc**<br>**9830 Clay Road**<br>**Houston, TX 77080** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Southern Precast Concrete Products Inc**<br>**407 Valley View Drive**<br>**Azle, TX 76020** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Southwest Metal Treating Corp**<br>**9516 Lynwood**<br>**Fort Worth, TX 76134** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS:<br>**Lawsuit** | X | X | X | **$10.00** |
| ACCT #:<br>**Spears Refrigeration LLC**<br>**PO Box 152686**<br>**Arlington, TX 76015** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |

Sheet no. ____88____ of ____105____ continuation sheets attached to                          **Subtotal >**          **$10.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    **Total >**
                                        **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                          Case No. _____
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Spears Refrigeration LLC**<br>**PO Box 152686**<br>**Arlington, TX 76015** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Special Mobility Inc**<br>**110 Broadway, Ste 510**<br>**San Antonio, TX 78205** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Special Mobility Inc**<br>**110 Broadway, Ste 510**<br>**San Antonio, TX 78205** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Specialty Oiltool Business**<br>**4403 Spring Cypress Road #9**<br>**Spring, TX 77388** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Springer's Cypress Rosehill Healthcare**<br>**12300 Dundee Ct #201**<br>**Cypress, TX 77429** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Stage Direction**<br>**1300 Shepard Drive**<br>**Houston, TX 77007** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ____89____ of ____105____ continuation sheets attached to        **Subtotal >**        $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **R. Fuselier, Jean, Sr.**                                    Case No. _____
                                                                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Star Imaging, LLC**<br>**11607 FM 1836**<br>**Kaufman, TX 75142** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Stark Towing Inc**<br>**9737 Brockbank Road**<br>**Dallas, TX 75220** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Stark Transportation Inc**<br>**18434 Buddy Riley Road**<br>**PO Box 504**<br>**Magnolia, TX 77353** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Stedt Con LLC**<br>**26910 Holly Lord**<br>**Magnolia, TX 77355** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Stevens Churchill Communications Inc**<br>**1207 Round Table Drive**<br>**Dallas, TX 75247** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Stoneridge Custom Homes, Inc**<br>**1808 Kingsbridge Lane**<br>**Roanoke, TX 76262** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. _____**90**_____ of _____**105**_____ continuation sheets attached to                         **Subtotal >**            $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                        **Total >**
                                               **(Use only on last page of the completed Schedule F.)**
                                               **(Report also on Summary of Schedules and, if applicable, on the**
                                               **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **R. Fuselier, Jean, Sr.**                           Case No. _____
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Stronghold Registered Agents Inc**<br>**PO Box 927**<br>**West Windsor, NJ 08550-0927** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Stronghold Technologies**<br>**16801 Addison Road, Ste 310**<br>**Addison, TX 75001** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Sullivan Sales & Services, Inc**<br>**1004 S Hub St**<br>**Sherman, TX 75090** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Sullivan Sales & Services, Inc**<br>**1004 S Hub St**<br>**Sherman, TX 75090** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Sun Automatci Fire Sprinkler Inc**<br>**7 Upper Balcones Road**<br>**Boerne, TX 78006** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Sunrise Credit Services Inc.**<br>**PO Box 9100**<br>**Farmington, NY 11735-9100** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |

Sheet no. ___91___ of ___105___ continuation sheets attached to                                    **Subtotal >**        $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                    Case No. _____

                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Surfacing USA**<br>**3321 W Business 83**<br>**McAllen, TX 78501** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Surfacing USA / Amico**<br>**3001 Division Street**<br>**Metairie, LA 70002** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Surfacing USA / Powerfoam**<br>**1915 Westridge Drive, Ste 105**<br>**Irving, TX 75038** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**T&B Electric Inc**<br>**412 Orange Street**<br>**Orange Grove, TX 78372** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**T&G Plumbing LLC**<br>**2010 Ahrens Street**<br>**Houston, TX 77017** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**T&G Plumbing LLC**<br>**2010 Ahrens Street**<br>**Houston, TX 77017** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. _____92_____ of _____**105**_____ continuation sheets attached to          **Subtotal >**          $0.00

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                        **Total >**

                        **(Use only on last page of the completed Schedule F.)**
        **(Report also on Summary of Schedules and, if applicable, on the**
        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **R. Fuselier, Jean, Sr.**                                      Case No. _____
                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**T's to Please Inc<br>3863 Appaloosa Drive<br>Woodbridge, VA 22192** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**T-Mobile<br>2645 Arapaho Rd Ste 137<br>Garland, TX 75044** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$142.56** |
| ACCT #:<br>**Talley Drywall Service Inc<br>PMB 300<br>1779 Wells Branch Pkwy, Ste 110B<br>Austin, TX 78728** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**TechForce Technology<br>c/o Nguyen Tran Law Firm PLLC<br>1600 E Pioneer Pkwy #333<br>Arlington, Texas 76010** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$515.00** |
| ACCT #:<br>**TechForce Tecnology<br>700 North Glenville Dr.<br>Richardson, TX 75081** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$1,003.35** |
| ACCT #:<br>**Telequest Corporation<br>15851 N Dallas Pkwy, Ste 600<br>Dallas, TX 75001** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |

Sheet no. ____93____ of ____105____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$1,660.91**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                     Case No. _____

                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Texas Gallery Furniture**<br>**1049 SE Military Drive**<br>**San Antonio, TX 78214** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Texas Mutual Insurance Co.**<br>**1776 Yorktown St. Ste. 200**<br>**Houston, TX 77056-4142** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $1,311.00 |
| ACCT #:<br>**Texas Palm Trees & Plants Inc**<br>**7807 E RL Thornton Frwy**<br>**Dallas, Texas 75228** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Texas Palm Trees & Plants Inc**<br>**7807 E RL Thornton Frwy**<br>**Dallas, Texas 75228** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**The Academy of Accelerated Learning, Inc**<br>**6025 Chumney Rock Road**<br>**Houston, Tx 77081** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**The Carpet Exchange**<br>**1005 Katy Fort Bend**<br>**Katy, TX 77493** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ___94___ of ___105___ continuation sheets attached to                    **Subtotal >** | $1,311.00 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                    Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**The Champions Group LLC**<br>**550 East 15th St, Ste 100**<br>**Plano, TX 75074** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**The Complete Backyard**<br>**208 W FM 1187**<br>**Aledo, TX 76008** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**The Design Build Company**<br>**2807 Lee**<br>**Dallas, TX 75206** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**The Dixon Group LLC**<br>**6708 Hillcroft Road**<br>**Houston, TX 77081** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**The Fan and Lighting Gallery Inc**<br>**7807 Inwood Road**<br>**Dallas, TX 75209** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**The Ferguson Thirty**<br>**d/b/a Cambridge Square Apts**<br>**7303 Ferguson Road**<br>**Office Cafe #7**<br>**Dallas, TX 75228** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ___**95**___ of ____**105**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                    Case No. _____
                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **The Ferguson Thirty, LLC** <br> **d/b/a Cambridge Square Apt** <br> **7303 Ferfuson Road** <br> **Office Cafe #7** <br> **Dallas, Texas 75228** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **The Home Depot** <br> **c/o ARSI** <br> **555 St. Charles Drive #110** <br> **Thousand Oaks, CA 91360** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $2,397.01 |
| ACCT #: <br> **The Laser Network Inc** <br> **1100 Jupiter Road, Ste 110** <br> **Plano, Texas 75074** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **The Laser Network, Inc** <br> **1100 Jupiter Road, Ste 110** <br> **Plano, TX 75074** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **The Window Gallery, LLC** <br> **5460 Springfield, Ste 107** <br> **Laredo, TX 78041** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **Thomas Markle Jewelers, Inc** <br> **4417 Kingwood Drive** <br> **Kingwood, TX 77339** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |

Sheet no. ___96___ of ___105___ continuation sheets attached to          **Subtotal >**          $2,397.01
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                    Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Threet Pallet, LLC** <br> **801 Lakeway Drive** <br> **Ennis, TX 75119** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **Threet Pallet, LLC** <br> **801 Lakeway Drive** <br> **Ennis, TX 75119** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **Tilden Car Care Center** <br> **10 Colonial Court** <br> **Trophy Club, TX 76262** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **Tim Long Plumbing Inc** <br> **2617 W Blue Mound Road #900** <br> **Haslet, TX 76052** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **Tim Long Plumbing Inc** <br> **2617 W Blue Mound Road #900** <br> **Haslet, TX 76052** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **TMG Contracting LLC** <br> **154 Brushy Creek Trail** <br> **Hutto, TX 78634** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |

Sheet no. ____97____ of ____105____ continuation sheets attached to          **Subtotal >**          $0.00

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              **Total >**

**(Use only on last page of the completed Schedule F.)**

**(Report also on Summary of Schedules and, if applicable, on the**

**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                    Case No. _____
                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Tokerud, Inc** <br> **904 Audelia** <br> **Suite 300** <br> **Richardson, TX 75081** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **Tom Hunter Septic Tank Service** <br> **13033 Lanier Road** <br> **Jacksonville, FL 32226** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **Top Crop Grain & Fertilizer** <br> **201 West 4th Street** <br> **McGregor, TX 76657** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **Total Thru Tubing Inc** <br> **6150 Deer Run Circle** <br> **Sandia, TX 78383** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |
| ACCT #: <br> **Transworld Systems, Inc** <br> **c/o First Data Merchant** <br> **PO Box 4903** <br> **Trenton, NJ 08650-4903** | | | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $661.17 |
| ACCT #: <br> **Tri State Corp** <br> **204 S Ector Drive** <br> **Euless, TX 76040** | | | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Consumer Debt** <br> REMARKS: | X | X | X | $0.00 |

Sheet no. ____98____ of _____105_____ continuation sheets attached to        **Subtotal >**        **$661.17**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                    **Total >**
                                            **(Use only on last page of the completed Schedule F.)**
                                            **(Report also on Summary of Schedules and, if applicable, on the**
                                            **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **R. Fuselier, Jean, Sr.**                            Case No. _____
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Tri State Corp**<br>**204 S Ector Drive**<br>**Euless, TX 76040** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Tri State Mechanical**<br>**PO Box 201259**<br>**Arlington, TX 76006** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Tri-Alliance Resources**<br>**Bernardo Lucero**<br>**8914 Bent Spur Lane**<br>**Houston, TX 77064** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Tri-Plex Breathing Air Services Inc**<br>**1660 Spindletop Road**<br>**Beaumont, TX 77705** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Tri-State Mechanical**<br>**PO Box 201259**<br>**Arlington, TX 76006** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Triad Telephone Inc**<br>**1002 N Central Expressway, Suite 245**<br>**Richardson, Texas 75080** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ____99____ of ____105____ continuation sheets attached to                    **Subtotal >**          $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **R. Fuselier, Jean, Sr.**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Trinity Tongs Sales & Services Ltd**<br>**3820 Kermit Hwy**<br>**Odessa TX 79764** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Trinity Tongs Sales & Services Ltd**<br>**3820 Kermit Hwy**<br>**Odessa TX 79764** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Trinity Tongs Sales & Services Ltd**<br>**3820 Kermit Hwy**<br>**Odessa, TX 79764** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Tropical Deli Corp**<br>**2528 N Beltline Road**<br>**Euless, TX 76040** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Troy Suggs Funeral Home, Inc**<br>**7623 Military Parkway**<br>**Dallas, TX 75227** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Troy Suggs Funeral Home, Inc**<br>**7623 Military Parkway**<br>**Dallas, TX 75227** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ___**100**____ of ____**105**_____ continuation sheets attached to                    **Subtotal >**          $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              **Total >**
                                          **(Use only on last page of the completed Schedule F.)**
                                          **(Report also on Summary of Schedules and, if applicable, on the**
                                          **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                          Case No. _____

                                                                                               (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**TW South Inc**<br>**12200 Stemmons Freeway, Ste 205**<br>**Dallas, TX 75234** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Tyler Pest Services**<br>**1901 Rickety Lane, Ste 109**<br>**Tyler, TX 75703** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Tyler Pest Services**<br>**1901 Rickety Lane, Ste 109**<br>**Tyler, TX 75703** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**United Fab, Inc**<br>**12820 Industrial Road**<br>**Houston, TX 77015** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**United Health Care**<br>**Dept Ch 10151**<br>**Palantine, IL 6005-0151** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$2,882.36** |
| ACCT #:<br>**United Recovery Systems**<br>**5800 North Course Drive**<br>**Houston, TX 77072** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |

Sheet no. ___101___ of ___105___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$2,882.36**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                    Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Universal Florist & Gifts**<br>**712 Wilcrest Drive**<br>**Houston, TX 77042** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Valley Consolidated Services**<br>**822 W Jackson Street**<br>**Harlingen, TX 78550** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Van Zandt Glass & Mirror**<br>**1285 W Dallas**<br>**Canton, TX 75103** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Ventura Professional Services**<br>**1219 Abrams Road, Ste 327**<br>**Richardson, TX 75081** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Vexa Pak, LLC**<br>**1335 Boyles #100**<br>**Houston, TX 77020** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Vic Sullivan Enterprises**<br>**1300 S Frazier, Ste 323**<br>**Conroe, TX 77301** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |

Sheet no. ____**102**____ of ____**105**____ continuation sheets attached to                    **Subtotal >**        **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                   Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Viewpointe Apartments LP**<br>**2317 McKinney Ave, Ste 207**<br>**Dallas, TX 75204** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Vision Property Services**<br>**1777 S Belcaire, Ste 370**<br>**Denver, CO 80222** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Wangs New Great Wall, Inc**<br>**2340 S Cooper**<br>**Arlington, TX 76015** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Waters Custom Machinary & Fabric**<br>**3330 E HI 80**<br>**Suite 102**<br>**Mesquite TX 75149** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Weather-Tight Waterproofing, Inc**<br>**1925 Levy Street**<br>**Dallas, TX 75207** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Wells Fargo**<br>**PO Box 54349**<br>**Los Angeles, CA 90054-0349** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$9,828.40** |

Sheet no. ____**103**____ of _____**105**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | **$9,828.40**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **R. Fuselier, Jean, Sr.**                                    Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Wells Fargo**<br>**c/o Investment Retrievers**<br>**PO Box 4733**<br>**El Dorado, CA 95762** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $9,924.20 |
| ACCT #:<br>**Wells Fargo Auto Finance**<br>**AFG**<br>**National Bankruptcy Dept.**<br>**P.O. Box 7648**<br>**Boise, ID 83707** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Westfall Constructors Ltd**<br>**3835 Dacoma St**<br>**Houston, TX 77092** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Whitaker Chalk Swindle & Schwartz PLLC**<br>**301 Commerce St. Ste. 3500**<br>**Fort Worth, TX 76102** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $300.00 |
| ACCT #:<br>**Wholesale Supplement Center, LLC**<br>**5901 Westheimer Road**<br>**Houston, TX 77057** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Wholesale Supplement Center, LLC**<br>**5901 Westheimer Road**<br>**Houston, TX 77057** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ___104___ of ___105___ continuation sheets attached to                  **Subtotal >** | **$10,224.20**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **R. Fuselier, Jean, Sr.**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Wilks Construction Services**<br>**2022 Hickory Tree Road**<br>**Barch Springs, TX 75180** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Windsor Townhomes Inc**<br>**4170 Altoona Dr**<br>**Dallas, TX 75233** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Winetopia**<br>**6363 San Felipe Road #240**<br>**Houston, TX 77057** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Winetopia**<br>**6363 San Felipe Road #240**<br>**Houston, TX 77057** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Woodstock @ Skillman LP**<br>**3317 McKinney, Ste 207**<br>**Dallas, TX 75204** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Consumer Debt**<br>REMARKS: | X | X | X | $0.00 |
| | | | | | | | |

Sheet no. ____**105**____ of ____**105**____ continuation sheets attached to                    **Subtotal >**        **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**      **$1,676,561.27**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **R. Fuselier, Jean, Sr.**                                    Case No. _____
                                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re  **R. Fuselier, Jean, Sr.**                                    Case No.  _____

                                                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Diana Fuselier**<br>350 Tamarron Blvd $10302<br>Austin, TX 78746 | **BAC Home Loans**<br>PO Box 650070<br>Dallas, TX 75265-0070 |

B6I (Official Form 6I) (12/07)

In re  **R. Fuselier, Jean, Sr.**                                          Case No. _____
                                                                                          (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Single** | Relationship(s): | Age(s): | Relationship(s): | Age(s): |
| **Employment:** | Debtor | | Spouse | |
| Occupation | Owner/ Consultant | | | |
| Name of Employer | Fuselier | | | |
| How Long Employed | 10 years | | | |
| Address of Employer | 1207 Hampshire Lane | | | |
| | Richardson, TX 75080 | | | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1.  Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $2,000.00 | |
| 2.  Estimate monthly overtime | $0.00 | |
| 3.  SUBTOTAL | $2,000.00 | |
| 4.  LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | |
|     b. Social Security Tax | $0.00 | |
|     c. Medicare | $0.00 | |
|     d. Insurance | $0.00 | |
|     e. Union dues | $0.00 | |
|     f. Retirement | $0.00 | |
|     g. Other (Specify) _____ | $0.00 | |
|     h. Other (Specify) _____ | $0.00 | |
|     i. Other (Specify) _____ | $0.00 | |
|     j. Other (Specify) _____ | $0.00 | |
|     k. Other (Specify) _____ | $0.00 | |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | $0.00 | |
| 6.  TOTAL NET MONTHLY TAKE HOME PAY | $2,000.00 | |
| 7.  Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | |
| 8.  Income from real property | $0.00 | |
| 9.  Interest and dividends | $0.00 | |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or | $0.00 | |
|     that of dependents listed above | | |
| 11. Social security or government assistance (Specify): | | |
|     Social Security _____ | $1,896.35 | |
| 12. Pension or retirement income | $255.78 | |
| 13. Other monthly income (Specify): | | |
|     a. _____ | $0.00 | |
|     b. _____ | $0.00 | |
|     c. _____ | $0.00 | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $2,152.13 | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $4,152.13 | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $4,152.13 | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:  **R. Fuselier, Jean, Sr.**                          Case No. _____

                                                                      (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $1,789.00 |
|    a. Are real estate taxes included?   ☐ Yes  ☒ No | |
|    b. Is property insurance included?   ☐ Yes  ☒ No | |
| 2. Utilities:  a. Electricity and heating fuel | $400.00 |
|           b. Water and sewer | $188.15 |
|           c. Telephone | |
|           d. Other:  Cable | $77.00 |
| 3. Home maintenance (repairs and upkeep) | $140.00 |
| 4. Food | $200.00 |
| 5. Clothing | $75.00 |
| 6. Laundry and dry cleaning | $20.00 |
| 7. Medical and dental expenses | $80.00 |
| 8. Transportation (not including car payments) | $125.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $50.00 |
| 10. Charitable contributions | $44.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|           a. Homeowner's or renter's | $191.71 |
|           b. Life | |
|           c. Health | |
|           d. Auto | $104.62 |
|           e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | $666.00 |
| Specify: Ad Valorem | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|           a. Auto: | |
|           b. Other: | |
|           c. Other: | |
|           d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: | |
| 17.b. Other: | |
| **18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)** | **$4,150.48** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.**


20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $4,152.13 |
| b. Average monthly expenses from Line 18 above | $4,150.48 |
| c. Monthly net income (a. minus b.) | $1.65 |

B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

In re  **R. Fuselier, Jean, Sr.**

Case No.

Chapter   **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $275,000.00 | | |
| B - Personal Property | Yes | 7 | $16,397,520.00 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $259,505.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 106 | | $1,676,561.27 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $4,152.13 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $4,150.48 |
| | TOTAL | 123 | $16,672,520.00 | $1,936,066.27 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

In re  **R. Fuselier, Jean, Sr.**                                    Case No.

Chapter     **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| **TOTAL** | **$0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$4,152.13** |
| Average Expenses (from Schedule J, Line 18) | **$4,150.48** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$1,510.61** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$0.00** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$0.00** | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4.  Total from Schedule F | | **$1,676,561.27** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$1,676,561.27** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **R. Fuselier, Jean, Sr.**                                    Case No. _____

                                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**125**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date **9/10/2012**_____      Signature **/s/ R. Fuselier, Jean, Sr.**_____
                                                               **R. Fuselier, Jean, Sr.**


Date _____      Signature _____

                                                  [If joint case, both spouses must sign.]

_Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571._

B7 (Official Form 7) (04/10)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

In re:  R. Fuselier, Jean, Sr.                                    Case No.  _____

                                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $9,000.00 | 2012 |
| $90,842.00 | 2011 |
| $0.00 | 2010 |

---

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $2,214.00 | 2012 Ret |
| $145.52 | 2012 SS |
| $26,921.00 | 2012 SS |
| | 2011 Ret |
| | 2010 Ret |
| $12,000.00 | 2010 SS |

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☐

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| BAC Home Loans<br>PO Box 650070<br>Dallas, TX 75265-0070 | Jun - $1789<br>Jul - $1789<br>Aug - $1789 | $5,367.00 | $257,505.00 |

B7 (Official Form 7) (04/10) - Cont.

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

In re:  R. Fuselier, Jean, Sr.                                    Case No. _____

                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

**None**
☑

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

**None**
☑

c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 4. Suits and administrative proceedings, executions, garnishments and attachments

**None**
☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| 11-A-04753-6 Mizuno Inc. v. Youth of Texas LLC, JeanFuselier, Sr., Individually, and Tom Daniels Individually, | Debt Collection | In the Superior Court of Gwinnett County State of Geogia | Pending |
| 048-248646-10 Southwest Metal Treating Corp. v. Fuselier & Associates, Inc., and Fuselier & Associates 1, L.P. and Dr. Jean R. Fuselier Sr. | Civil Litigation | In the District Court 48th Juducial District Tarrant County, Texas | Pending |
| DC-11-02943-D Sterling Jewelers, Inc. v. Jean Fuselier, Sr. | Debt Collection | In the 95th District Court Dallas County Texas | Dismissed |
| PLano Paper | | | Pending |

---

**None**
☑

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 5. Repossessions, foreclosures and returns

**None**
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

In re:  **R. Fuselier, Jean, Sr.**                                    Case No.  _____

                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

### 6. Assignments and receiverships

None ☑  a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑  b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☐  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Arapaho United Methodist Church** **1400 West Arapaho Road** **Richardson, TX 75080** | **None** | **Weekly** | **$10** |

---

### 8. Losses

None ☐  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Homestead** **2913 Oak Point Dr.** **Garland, TX 75044** **Value: $345,000** | **$28,500 loss covered by insurance for hail damage** | **5.24.11** |

---

### 9. Payments related to debt counseling or bankruptcy

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Pelley Law Offices** **905 N. Travis** **Sherman, TX  75090** | **08/30/2011** | **$6,000.00 in Attorney's Fees + $299 Filing Fees Paid Prior to Filing** |
| **CCCS** | **August 2011** | **$50** |

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

In re:   **R. Fuselier, Jean, Sr.**                                    Case No. _____

                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

### 10. Other transfers

None
☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

### 11. Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

---

### 15. Prior address of debtor

None
☑

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

### 16. Spouses and Former Spouses

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**NAME**
**Diana Fuselier**
**350 Tamarron Blvd $10302**
**Austin, TX 78746**

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

In re:   R. Fuselier, Jean, Sr.                                      Case No. _____

                                                                            (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑  a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑  b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑  c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

## 18. Nature, location and name of business

None ☐  a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **Fuselier Holdings LLC**<br>**1207 Hampshire Lane**<br>**Richardson, TX 75080**<br>**Tax ID No: 26-3815198** | **Business Consulting** | **05.08.03 - 2010** |
| **Fuselier Holdings 1 Inc**<br>**1207 Hampshire Lane**<br>**Richardson, TX 75080**<br>**Tax ID No: 26-3815198** | **Business Consulting** | **11.21.08 - 2010** |

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

In re:   **R. Fuselier, Jean, Sr.**                                    Case No. _____

                                                                                        (if known)


# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 5*

| | | |
|---|---|---|
| **Fuselier & Associates 1 LP**<br>**1207 Hampshire Lane**<br>**Richardson, TX 75080**<br>**Tax ID No: 92-0184971** | **Business Consulting** | **04.07.09 - 2012** |
| **Fuselier & Associates Inc.**<br>**1207 Hampshire Lane**<br>**Richardson, TX 75080**<br>**Tax ID No: 33-1014129** | **Business Consulting** | **07.16.02- 2012** |
| **Fuselier Properties LP**<br>**1207 Hampshire Lane**<br>**Richardson, TX 75080**<br>**Tax ID No: 20-3922655** | **Building** | **04.07.09 - 2010** |
| **F & H Financial Management LLC**<br>**1207 Hampshire Lane**<br>**Richardson, TX 75080**<br>**Tax ID No: 75-2914605** | **Business Consulting** | **06.09.06 - 2010** |
| **Fuselier & Holland Construction Service**<br>**1207 Hampshire Lane**<br>**Richardson, TX 75080**<br>**Tax ID No: 20-5134680** | **Construction** | **06.09.06 - 2010** |
| **CYA Holding Inc**<br>**1207 Hampshire Lane**<br>**Richardson, TX 75080**<br>**Tax ID No: 20-1065199** | **Business Consulting** | **04.30.04 - 2010** |
| **CYA Rocvery Group 1, LP**<br>**1207 Hampshire Lane**<br>**Richardson, TX 75080**<br>**Tax ID No: 20-4503786** | **Business Consulting** | **03.11.09 - 2010** |
| **CYA Recovery Group, Inc.**<br>**1207 Hampshire Lane**<br>**Richardson, TX 75080**<br>**Tax ID No: 20-3745919** | **Business Consulting** | **06.09.06 - 2010** |
| **Youth of Texas Athletics, LLC**<br>**1207 Hampshire Lane**<br>**Richardson, TX 75080**<br>**Tax ID No: 27-3408764** | **Real Estate Management &**<br>**Consulting** | **11.03.10 - 2010** |
| **Youth of Texas Sports Club, LLC**<br>**1207 Hampshire Lane**<br>**Richardson, TX 75080** | | **2010** |
| **Youth of Texas Property Management, LLC**<br>**1207 Hampshire Lane**<br>**Richardson, TX 75080** | | **2010** |

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

In re:  **R. Fuselier, Jean, Sr.**                              Case No.  _____

                                                                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

**Dr. Jean PHD**                                                                          **2009 - Present**
**1207 Hampshire Lane**
**Richardson, TX 75080**

**Fuselier & Assiciates**                                                              **2010 - present**

None
☐     b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

**NAME**                                              **ADDRESS**

**Fuselier Properties, LP**                          **1207 Hampshire Lane**
                                                     **Richardson, TX 75080**

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None
☐     a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

**NAME AND ADDRESS**                                  **DATES SERVICES RENDERED**
**Debtor**

None
☑     b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☑     c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

None
☑     d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

## 20. Inventories

None
☑     a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None
☑     b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None
☑     a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

In re:   **R. Fuselier, Jean, Sr.**                                            Case No.  _____
                                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

---

None
☑    b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

**22. Former partners, officers, directors and shareholders**

None
☑    a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None
☑    b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None
☑    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None
☑    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

**25. Pension Funds**

None
☑    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **9/10/2012**_____          Signature  _____**/s/ R. Fuselier, Jean, Sr.**_____
                                                                            of Debtor        **R. Fuselier, Jean, Sr.**

Date  _____          Signature  _____
                                                                            of Joint Debtor
                                                                            (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:   **R. Fuselier, Jean, Sr.**                                    CASE NO

                                                                       CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No.   1 | |
|---|---|
| **Creditor's Name:**<br>BAC Home Loans<br>PO Box 650070<br>Dallas, TX 75265-0070 | **Describe Property Securing Debt:**<br>2913 Oak Point Dr Garland, TX 75044 |

Property will be (check one):
- ☐ Surrendered      ☑ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☑ Claimed as exempt      ☐ Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease.  Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐      NO ☐ |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **9/10/2012**                                 Signature   **/s/ R. Fuselier, Jean, Sr.**
                                                                **R. Fuselier, Jean, Sr.**

Date _____     Signature _____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:   **R. Fuselier, Jean, Sr.**

CASE NO

CHAPTER   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept: | **$6,000.00** |
| Prior to the filing of this statement I have received: | **$6,000.00** |
| Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION
I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **9/10/2012** | **/s/ Richard A. Pelley** |
| *Date* | *Richard A. Pelley*        Bar No.  15732500 |
| | Pelley Law Offices |
| | 905 N. Travis |
| | Sherman, TX  75090 |
| | Phone: (903) 813-4778 / Fax: (903) 813-0586 |

---

**/s/ R. Fuselier, Jean, Sr.**

*R. Fuselier, Jean, Sr.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **R. Fuselier, Jean, Sr.**

CASE NO

CHAPTER   **7**

Date  9/10/2012 _____

Signature  /s/ R. Fuselier, Jean, Sr. _____
         *R. Fuselier, Jean, Sr.*

Date _____

Signature _____

121 Marketing Company LLC
7013 S Stemmons Freeway
Denton, TX 76210


21st Century Foods, Ltd
1930 Hormel Drive
 San Antonio, TX 78219


21st Century Holdings, Inc
11604 Tridens Ct
Austin, TX 78750


A Plus Investments
1124 N Fielder Road #220
Arlington, TX 76012


A&A Technologies
1405 W Mesa Park Drive
Round Rock, TX 78664-3122


A+ Staley Moving
1029 Stockton Drive
Burleson, TX 76028


ABC Plumbing Inc
1909 10th Street #500
Plano, TX 75074


Acacia Contracting Group
1803 E Main, Ste D
Allen, TX 75002


ACCA Pumps, Inc
2706 Zachary Bend
Katy, TX 77494

Accurate Glass & Mirror, Inc
PO Box 59615-11259
Suite 1101
Dallas, Texas 75229


Ace & Leo's Plumbing, Inc
1421 Confederate
Corsicana, TX 75110-6331


Ace Rubber Products, Inc
832 North Dick Price
Kennedale, TX 76060


Ace West Foam, Inc
PO Box 250
Rangely, CO 81648


ACS Construction Supply Corp
410 Lillard Road #502
Arlington, TX 76012


Action Equipment & Rental Corp
  Of Houston, Texas
6311 Griggs Road
Houston, TX 77023


Adalex Floors
3017 Sylvan Ave
Dallas, Texas 75212-4026


Adams & Reese, LLP
Dept. 5208
PO Box 2153
Birmingham, Al 35287-5208


Ades Exclusive
4515 Village Fair Drive
Ste B26B & A-33
Dallas, Texas 75224

Advan-Tex Photographic Inc
4435 McKinney Ave
Dallas, TX 75205


Advanced Diversified Services
7461 W Vickery Blvd
Fort Worth, TX 76116


Advanta Credit Card
PO Box 9217
Old Bethpage, NY 11804-9217


Aerobic & Pump Contols, Inc
2226-D North Austin Ave
Georgetown, TX 78626


Affordable Power L.P.
6161 Savoy Dr. Ste. 500
Houston, TX 77036


AG&G Electric
5537 Timber Bark
San Antonio, TX 78250


Air Tran Card Services
PO Box 13337
Philadelphia, PA 19101-3337


Airtime A/C & Heating
23802 FM 2978
Tomball, TX 77375


Airtran Airways/Barclay Bank
c/o NCO Financial
507 Prudential Road
Horsham, PA 19044

Alandra Service, Inc
401 Industrial Blvd
Burnet, Texas 78611


All Around Security Inc
503 W Pearl Street
Grandbury, TX 76048


All Makes Auto, Inc
2960 Blanchett Street
Beaumont, TX 77701


Allegro Music Co
318 Knoll Forest Drive
League City, TX 77573


Allen Steele Plumbing Co
12572 County Rd 2293
Tyler, TX 75707


Allied Interstate
2290 Agate Court, Unit A1
Simi Valley, CA 93065


Almeda Postal Center APC
10592 Fuqua St
Suite A
Houston, TX 77089


Aloe Commodities International, Inc
1270 Champion Circle #100
Carrollton, TX 75006


Aloe Commodities, Inc
2161 Hutton Suite 126
Carrollton, TX 75006

Alternative Technical Consulting
3705 Grifbrick Drive
Plano, TX 75075


Ambuhealth, Inc
6530 Supply Row
Houston, TX 77011


Amerest Securities
2828 N Harwood
Suite 1900
Dallas, Texas
75201

American Accessories, Inc
2605 North State Highway 91
Denison, TX 75020


American Medical Collections Agency
4 Westchester Plaza, Suite 110
Elmsford, NY 10523


American Recovery Services Incorporated
555 St. Charles Drive. Suite. 110
Thousand Oaks, CA 91360


American Recovery Services Incorporated
555 St. Charles Dr. Suite 110
Thousand Oaks, CA 91360


American Roofing Industries, Inc
1325 Whitlock Lane #104
Carrollton, TX 75006


Ameritube LLC
1000 N Highway 77
Hillsboro, TX 76645

Amsco Products Inc
212 Lee Street
Wichita Fallas, TX 76301


Angel Ink
5228 Gus Thomasson Road
Mesquite, TX 75150


Antares Construction Inc
PO Box 100815
Fort Worth, TX 76185


Anthony Boiler Co Inc
12909 CR 2919
Eustace, TX 75124


Apex Services
12866 Reeveston Road
Houston, TX 77039


Aquamaid Pool Techs Inc
4615 Martin STreet
 Fort Worth, TX 76119


Aquamaid Pool Techs Inc
4615 Martin Street
Ft Worth, TX 76119


Arcturus Corp
2828 N Harwood Ste 1900
Dallas, TX 75201


Array Technologies
2411 Garden Park Ct
Arlington, TX 76013

Ashton at Peavy LP
3317 McKinney Ave
Suite 207
Dallas, TX 75204


ATC Lone Star Services
5025 Martin Luther King Freeway
Fort Worth, TX 76119


Atricom Telecommunication Inc
7999 Hanson Road 107
Houston, TX 77061


Attorney General of Texas
Collection Div.- Bankruptcy
Box 12548, Capitol Station
Austin , TX  78711


Aurora Bank Comercial Services
27472 Portola Parkway
Suite 205 #419
Foothill Ranch, CA 92610


Aurora Bank FSB
1000 N West St # 200
Wilmington, DE 19801


Automation Energy Technology Inc
8003 Niles Cove
Austin, TX 78737


Avalon Auto Body Parts, Inc
3306 E Jefferson St
Suite C
Grand Prairie, TS 75051


Award Transportation Services Inc
7416 Greenview Dr
Plano, TX 75024

B&G Oilfield Equipment
1120 Blue Mound Road
Saginaw, TX 76131


B&M Uniforms Inc
14230 Smoketown Road
Woodbridge, VA 22192


B&R Diesel Service
19394 I-10 E
Converse, TX 78109


BAC Home Loans
PO Box 650070
Dallas, TX 75265-0070


Bad Boy Express
13705 W Co Road 122
Odessa, TX 79765


Bad Boy Express
13705 W Co Rd 122
Odessa TX 79765


Bank Card Services
PO Box 84005
Columbus, GA 31908-4005


Bank of America
PO Box 650807
Dallas, TX 75265-0807


Bank of America
2059 Northlake Pkwy
Tucker, GA 30084

```
Bank of America
PO Box 15026
Wilmington, DE 19850



Bank of America
PO Box 15710
Wilmington, DE 19850



Bank of America
PO Box 15710
Wilmington, DE 19886-5710



Bank of America
c/o Convergent
PO Box 9004
Renton, WA 98057



Bank of America
PO Box 851001
Dallas, Texas 75285



Bank of America
c/o Focus Receivables Mgmt
PO Box 725069
Atlanta, GA 31139-2069



Bayou Bend Construction & Development
10 Gleannloch Estates Drive
Spring, TX 77379



BBVA Compass
PO Box 10566
Birmingham, AL 35296



Bear Motor Sales
501 S 12th St
Carrizo Springs, TX 78834
```

Beau'nett Construction
1334 Sue Barnett Drive
Houston, TX 77018


Benette Freight LLC
12126 State Highway 64 W
Tyler, TX 75704


Best Towing LLC
2700 Kimbo Road
Ft Worth Tx 76111


Big Brazos
PO Box 567
Hearne, TX 77859


Big Town Auto Sales
2501 W Marshall Ave
Longview TX 75604


Blacksmith Fence
809 Creek Hollow Lane
Ft Worth, TX 76131


Blacksmith Fence
809 Creek Hollow Lane
Ft Worth TX 76131


Bob J Johnson & Assoc, Inc
16420 W Hardy Rd #100
Houston, TX 77060


Bourque & Sons Refrigeration & A/C
575 County Rd 4606
Troup, TX 75789

Bourque & Sons Refrigeration & A/C
575 County Road 4606
Troup TX 75789


Brainwaves Neuroimaging Clinic, LLC
341 E Parkwood Ave
Friendswood, TS 77054


Brandt & Hill Inc
3306 Longhorn Blvd 111
Austin TX 78758


Bridgeport Contract Services LP
267 PR 1400
PO Box 1400
Bridgeport, TX 76426


Broadcast Services
2035 Telephone Road
Houston, TX 77023


BT Construction, Inc
 10821 W Cleburne Road
Crowley, TX 76036


Buckner Apartments Partners #1 Ltd
PO Box 440067
Houston, TX 77244-0067


Buckner Blvd Plumbing Co Inc
4030 Gus Thomasson
Mesquite, TX 75150


Buckner Blvd Plumbing Co, Inc
4030 Gus Thomasson
Mesquite, TX 75150

Built-In Appliance Center
12440 S Sam Houston Pkwy W
Houston, TX 77031


Bullet Transport Services Inc
99203 Hwy  67
Presidio TX 79845


Bullett Transport Services, Inc
99203 Hwy 67
Presidio, TX 79845


Bykota, Inc
d/b/a Gulf Southwest Sales
11243 Leo Lane
Dallas, TX 75229-4715


C-Devine Healthcare Svcs
8449 W Bellfort Street #225
Houston, TX 77071


Cach LLC
4340 S. Monaco St. Unit 2
Denver, Co 80237


Cambridge Constuction Group TX, LLC
1702 Minters Chapel Road
Suite 114
Grapevine TX 76051


Camelot Custom Homes Inc
12400 hwy 71 West
Suite 350-404
Austin, TX 78738


Cameron Noble
83 Sixth Ave
San Franciso, CA 94118

Campbells Compound Inc
6603 Kirby
Houston TX 77005


Canal Interiors Inc
479 Country Lane
Coppell, TX 75019


Cantera Custom Homes
421 Broadwing Drive
Fairview, TX 75069


Capital Air & Heat Ltd
3303 Cypresswood Drive
Spring, TX 77388


Capital One
c/o TSYS Debt Management
P.O. Box 5155
Norcross, GA 30091


Capital One
PO Box 60599
City of Industry, CA 91716-0599


Capital One Bank
Loan Providing Bldg 2, 3rd Flr
PO Box 259350
Plano, TX 75025-9250


Capital One Bank USA
PO Box 60599
City of Industry, CA 91716


Capital One Bank USA
c/o First Source
PO Box 628
Buffalo, NY 14240

Capitol One
PO Box 60599
City of Industry, CA 91716-0599


Capitol One National Association
c/o Capitol One Bank Collections
PO Box 85026
Richmond, VA 23285


Carrier Chiropractic
2634 S Carrier Pkwy
Suite 109
Grand Prairie, TX 75052


Cartridge World Montrose, LLC
2055 Westheimer
Suite 165
Houston, TX 77098


Cedar Hill Imaging
318 W Beltline Road
Suite 301
Cedar Hill, TX 75104


Center Point Energy
PO Box 2628
Houston, TX 77252-2628


Central Basin Operating, Inc
2485 E Southlake Blvd
Suite 100
Southlake, TX 76092


Central Foliage Corp
9349 S Central Expressway
Dallas, TX 75241


Centricvoice, Inc
5001 LBJ Freeway
Suite 275
Dallas, TX 75244

Century Pump & Valve Inc
1706 Prairie Grove Drive
Houston, TX 77077


CF Inver Grove III Re Holdco LLC
111 Eighth Avenue
New York, NY 10011


Chase
PO Box 78035
Phoeniz, AZ 85006


Chase
PO Box 94014
Palantine, IL 60094-4014


Chase
201 North Central Avenue, Flr 17
Phoenix, AZ 85004


Chase Bank USA NA
c/o MRS Associates
1930 Olney Ave
Cherry Hill, NJ 08003


Chef Papa's Restaurant Inc
4725 Sleepy Ridge Circle
Fort Worth, TX 76133


Cibola Services LLC
223 West Wall Street
Midland, Tx 79701


Citibusiness Card
PO Box 182564
Columbus, OH 43218-2564

Clark Fire Equipment Inc
1838 Federal Road
Houston, TX 77015


Clark Fire Equipment Inc
1838 Federal Rd
Houston, TX 77015


Classics Billiards
6467 Westheimer
Houston, TX 77057


Claude Kelly/Chase Freedom
PO Box 15298
Wilmington, DE 19850


Clayton Railroad Construction
500 Lane Road
West Union, OH 45693


Clemons Builders LLC
2530 Morgan Drive
Dallas, TX 75241


Clinical Pathology Labratories
PO Box 141669
Austin, TX 78714-1669


Clone Computer Corp
190 N Green Street
Hawkins, TX 75765-3208


CMA Logistics, Inc
15245 E Stafford STreet
 Industry CA 75765-3208

```
CMPA Inc
1452 Hughes Road
Suite 100
Grapevine TX 76051


Coastal Couriers LLC
3706 Vanderbilt Street
Lake Charles, LA 70607


Colo Exploration Company, Inc
1181 Lytle Way Suite A
Abilene, TX 79602


Companion Veterinary Care
3811 West 1st
Abilene, TX 79603


Compass Bank Small Business
c/o Pinnacle Credit Services
PO Box 8504
Cherry Hill, NJ 08002


Compression Repair Parts Inc
19140 North Pine Drive
Spring, TX 77383


Comptinental Computers
6529 West Sam Houston Pkwy
Houston, TX 77041


Con-Trand Services
3025 Roy Orr Blvd
Grand Prairie, TX 75050


Con-Trand Services, Inc
3025 Roy Orr Blvd
Grand Prairie, TX 75050
```

Concrete Surface Solutions
12907 Hwy 155 South
Tyler, TX 75703


Consys Concrete Corp
11010 Switzer Ave
#104
Dallas, TX 75238


Continental Leather Fashions Co Inc
688 Marat Ct
Suite B
Chula Vista CA 91911


Continental Road Watch Corp
6704 South R L Thornton Fwy
Dallas TX 75232


Cook's Body Repair & Painting
3109 S Cooper Street
Arlington, TX 76015


Cookson's Transmission City Inc
723 E Hwy 67
Duncanville, TX 75137


Cord Blood America
c/o MAtt Schissler
9000 W Sunset Blvd, Ste 400
Los Angeles, CA 90069


Cornerstone Valve USA LP
6622 Willow Brook Park Drive
Houston, TX 77066


Corporate Copy Services
1515 Polk Street
Houma, LA 70360

Correa & Assoc. LC
9101 San Mateo Drive
Laredo, TX 78045


Country STitches
1114 State Hwy 124
Winnie, TX 77665


Creative Concepts Printing
4031 FE 1960 Road W
Houston, TX 77068


Crete Precast Ltd
901 N Hwy 183
Liberty Hill, TX 78642


CRF Solutions
2051 Royal Ave.
Simi Valley, CA 93065


Crow Marketing & Distributing Inc
2741 Satsuma Drive
#108
Dallas, TX 75229


Cube Solutions LLC
13614 Gamma Road #100
Dallas, TX 75244


D0BC & K Plumbing
PO Box 242
Tolar, TX 76476


Dallas Beauty Supply Inc
2531 Royale Lane
#420
Dallas, TX 75229

Dallas County
c/o Linebarger Goggan Blair & Sampson
2323 Bryan Street #1600
Dallas, Texas 75201


Dan Myers & Toni Myers
2712 green Tee Drive
Pearland, TX 77581


Darrell W. Cook & Associates
5005 Greenville Ave. Suite 200
Dallas, TX 75206


David Marini
2805 Goldfinch Drive
Mesquite, TX 75781


Davis Imaging Inc
4560 W 34th St
Suite C
Houston, TX 77902


Dawson Mechanical Plumbing
699 FM 1791
Huntsville, TX 77340


DB Servicing Corp
c/o Capital Management Services LP
PO Box 964
Buffalo, NY 14210


Deep Quest Diving LLC
10039 Huffmeister Road
Houston TX 77065


DFW Technology Inc
1200 Executive Drive East
Suite 168
Richardson, TX 75081

Diamond H Construction
PO Box 362
Aubrey TX 76227


Diana Fuselier
350 Tamarron Blvd $10302
Austin, TX 78746


Discover
PO Box 29033
Pheonix, AZ 85038-9033


Discover Card
c/o United Recovery Systems
PO Box 722929
Houston, Texas 77272


Discover Card
c/o Encore
PO Box 3330
Olathe, KS 66063


Diva International
5829 w Sam Houston Pkwy
Suite 1005
Houston, TX 77041


DK Haney Construction Inc
 3425 E Vickery Blvd
Ft Worth, TX 76105


Doneraki Restaurant
2411 Fountainview Drive
Suite 210
Houston, TX 77057


Down South Landscaping
7525 Red Willow Road
Fort Worth TX 76133

Dr Sherry Flusche, DDS PA
2435 E Southlake Blvd
Suite 100
South Lake TX 76092


DR. DANIEL R THEESFELD MD
8341 ASHBRIAR LANE
FORT WORTH TX 76126



Dr. Kurt A. Juergens
1707 Cresent Canyon Dr.
Houston, TX 77095



Drain Right
100 East Ridge Ct
Wylie, TX 75098



Dream Catcher Balloons
301 N Arizona St
Celina TX 75009



Duganjak Inc
d/b/a Nusurface DFW
1210 W Harris Road
Arlington TX 76001


DVD
PO Box 7775
San Francisco, CA 94120



Eagle Oil Tools Inc
12734 Tanner Rd
Houston, TX 77041



East Texas Truck Repair
PO Box 1012
Bullard TX 75757

Eddie Taw Inc
4112 Via Ballena
Mesquite, TX 75150


Ehlers Company Inc
13302 Briar Hollow
Austin, TX 78729


El Paso CLeaners Supply LLC
9512 Carnagie Ave
El Paso, TX 79925


El Paso Cleaners Supply LLC
9512 carnagie Ave
El Paso TX 79925


Electric One, Inc
PO Box 1015
Hurst, TX 76053


Elite Waste Industries
PO Box 38319
Houston, TX 77238


Embassy Apartments
PO Box 60714
Irvine, CA 92602


Emergency Vehicles of Texas Inc
6000 Huddleston Street
Fort Worth, TX 76137


Encore piano Restoration, Inc
2001 Midway Road #121
Carrollton, TX 75006

Equity Custom Builders LLC
 2417 Waterstone Drive
Cedar Hill TX 75104


ETI Environmental Services Inc
4112 Via Ballena
Mesquite, TX 75150


Everjoy Inc
15314 Marlowe Grove Drive
Sugarland, TX 77478


Express Sprinklers Inc
PO Box 433
Fate TX 75132


F&A Construction
PO Box 201844
Arlington, TX 76006


Farrow Welding
300 South Louisiana Street
Celina, TX 75009


FedEx Tech Connect
c/o Slater, Tenaglia, Fritz & Hunt PA
Lockbox 4370
PO Box 95000
Philadelphia, PA 19195

FedEx TechConnect
942 South Shady Grove Road
Memphis, TN 38120


Fence Makeovers
624 Haggard
Suite 714
Plano, TX 75074

FIA Card Services
c/o Northstar Location Services
4285 Genesee STreet
Cheektowaga, NY 14225


First Choice Crane Inc
925 South Loop West
Houston, TX 77054


First Choice Crane Inc
925 South Loop West
Houston, TX 77051


First Equity Card Corp.
c/o Scott Lowery Law Office PC
1422 West 71st Street, Suite B
Tulsa, OK 74136


Five Star Produce
3100 N Main Street
Fort Worth, TX 76106


Five Starr Steel Inc
22782 East Oakley Drive
New Caney, TX 77357


Flagship Floors Inc
1246 E Main Street
League City TX 77573


Fleet Feet Sports
6408 N New Braunfels
San Antonio, TX 78209


Floors 2000 Inc
120 Business Parkway
Richardson TX 75081

Flower Basket
201 North Bois d'Arc
Forney, TX 75126


Flower Mart Inc
3021 Mockingbird Lane
Dallas, TX 75205


FmHA
101 S. Main St., Suite 102
Temple, TX  76501


Forest Photography
7306 Hemlock
Houston, TX 77015


Fork Lifts Unlimited
550 N Navigation Blvd
Corpus Christi TX 78408


Fork Lifts Unlimited Inc
550 N Navigation Blvd
Corpus Christi, TX 78408


Formcrete Co LLC
519 I-30 #311
Rockwall, TX 75087


Freedom Glass
131 Mustang Creek
Waxahachie, TX 75165


Fuqua Industries Inc
205 W Vaughn Road
Cleburne, TX 76033

Fuselier & Associates
1207 Hampshire Lane
Richardson TX 75080

Fuselier & Associates
1250 24th Street NW
Suite 300
Washington, DC 20078-9710

Fuselier & Associates
17772 Preston Road
Suite 100
Dallas, TX 20112

Gabriel Erectors Corp
917 S Marlborough
Dallas, TX 75208

Gallagher's Inc
1523 N Cedar Hill Road
Cedar Hill TX 75104

Gallatin Ventures LLC
201 Midway St
Spring, TX 77373

GE Capital Retail Bank/Lowes
c/o Preossion Bureau of
    Collections of Maryland, Inc
PO Box 628
Elk Grove, CA 95759

GE Money Bank
PO Box 965004
Orlando, FL 32896-5004

Gecko Media Systems Inc
2303 FM 620
Suite 135-152
Lakeway TX 78734

Gecko Media Systems, Inc
2303 FM 620
Suite 135-152
Lakeway, TX 78734


GGC Enterprises, Inc
4580 Bufflehead Drive
Gloucester VA 23061


GHLM Inc
2936 Bison Ridge Drive
Bulverde TX 78163


Glicks Lonestar Ceramics
2223 Austin Ave Ste 100
Waco, TX76701


Global Benefit Solutions Inc
8716 N MoPac Expressway
Suite 200
Austin, TX 78759


Global Digital Forensics Inc
 1106 Pinehurst Road
Dunedin, FL 34698


Globe Electric Service
PO Box 171815
Dallas, TX 75218


Go Econo Air of Texas LLC
5940 Kroger Drive
Suite 108
Keller, TX 76248


Golf Centers of Texas LP
17330 Preston Road
Suite 111D
Dallas, TX 75252

Good Star Home LLC
14010 Briar Heath Drive
Houston, TX 77077

Grace Bible Ministries
PO Box 797
Corsicana, TX 75151

Gray Motors Inc
11600 Lake June Road
Balch Springs, TX 75180

Great Arrivals Gift Baskets
70 Frank Mossberg Drive,
Attleboro, Massachusetts 02035

Great Texas Partners
5000 Vineyard
McKinney, TX 75070

Great Texas Partners LP
5000 Vineyard
McKinney, TX 75070

Greenberg, Grant, & Richards, Inc.
5858 Westheimer Rd. Suite 500
Houston, TX 77057

Grifco LLC
 206 E Amedec Drive
Scotts, LA 70583

Gulf Coast Region Inc
505 Kings Road
Double Oak, TX 75077

H S Systems Inc
PO Box 123
Rio Vista, TX 76093


Hampton Partnership LP
3317 McKinney
Suite 207
Dallas, TX 75204


Harrel Pailet & Associates, P.C.
5454 La Sierra Drive, Suite 100
Dallas, TX 75231


Healing Hearts Home Health Agency
92 Wilson Road
Suite A
Humble, TX 77338


Heaner Concrete, Inc
3624 Oaklawn
Suite 222
Dallas, TX 75219


Hector Garza
d/b/a Concrete Surface Solutions
12907 Hwy 155 South
Tyler, TX 75703


Hee Y Ko
3619 Chimney Rock Drive
Carrollton, TX 75007


Heemsbergen Enterprises, Inc
5106 Commerical Drive
North Richland Hills, TX 76180


HERC Products Inc
5100 Westheimer
Houston, TX 77056

Hernandez Enterprises
707 Gato Road
El Paso, TX 79932


HLM Management Inc
Sterling Vacuum Service
PO Box 188
Boling, TX 77420


Home Depot
PO Box 183175
Columbus, OH 43218-3175


Horizon Technology Group Inc
15400 Knoll Trail #215
Dallas, Tx 75248


Houston Enviro Services, LLC
1023 Bayland Ave
Houston, TX 77009


HTR Enterprises
d/b/a PC Kidz of Southeast Texas
11884 Crestwood
Lumberton TX 77657


Humphrey & Associates
1708 Windmire Drive
Mesquite, TX 75181


Humphries Marketing Group
16801 Addison Road
Suite 310
Addison, TX 75001


HVAC & Electrical Contractor of South TX
1912 Houston Blvd
Houston TX 77587

IGS Welding Specialist
6622 Apple Valley Lane
Houston, TX 77069


Imperial Beverage Group LLC
1306 Motor Circle
Dallas, Tx 75207


India Grocers
6606 Southwest Freeway
Houston, TX 77074


Industrial Alloy Fabrication Inc
11981 FM 529
Houston, TX 77041


Innovative A/V Solutions
2417 Stone Creek Drive
Plano, TX 75075


Innovative Assemblers Inc
15000 Bellaire
Houston, TX 77083


Integras Operating LLC
333 Cedar Street
Abilene TX 79601


Integrated Roadway Services
10606 Shady Trail
Suite 106
Dallas, TX 75220


Interconnection Ltd
3317 Finley Road
Suite 256
Irving, TX 75062

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


International Trade Corp
2801 Jay Road
Seguin, TX 78155


Investment Retrievers, Inc.
PO box 4733
ElDorado Hills, CS 95762-0023


IWARE Inc
1920 W Airfield Drive #C100
DFW Airport, TX


J & J Intermodal
518 Nafta Blvd Suite B
Laredo, Tx 78045


J Cortez Transport Inc
2015 Brundrette
Dallas, TX 75208


J&A Contractors
11430 FM 529
Houston, TX 77041


J&B Commercial LLC
4901 LBJ Freeway
Suite 125
Dallas TX 75244


J-N Construction Co
1113 Hampshire Lane
Richardson, TX 75080

J-Way & Company
1936 County Road 2105
Kemp, TX 75143


James Hay
8811 Tan Oak Circle
Tomball, TX 77375


James Puryear Welding Fabrication
350 T&P Lane
Abilene, TX 79602


Jantex Construction Inc
39271 I-20
Winnie TX 77665


Jared the Galleria of Jewelry
PO Box 740425
Cincinnati, OH 45274-0425


JB's Grass
614 S Beltline Road
Irving, TX 75060


JCH Management LLC
14851 Keanon Ridge CT
Manassas, VA 20112


Jean Sumers
8503 Madrone Meadow Ct.
Katy, TX 77494


Jentex Construction Inc
39271 I-10
Winnie, TX 77665

```
JNJ Insulation
1230 E Hwy 199
Suite 102
Springtown, TX 76082


John C. Bonewicz, P.C.
8001 Lincoln Ave, Suite 402
Skokie, IL 60077


John R. Ames
PO Box 139066
Dallas, TX 75313-9066


John Simmons Electric Co
PO Box 214
Pflugerville TX 78691


Jonathan & Allison Vanfelt
8607 Hooks Creek Circle
Houston, TX 77095


JTM Technologies Inc
204 Industrial Ct
Wylie, TX 75098


Jurassic Industries Inc
902 S Business 81/287
Decatur, TX 76234


Just Baked II, Inc
222 W Las Colinas Blvd
Suite 151
Irving, TX 75039


K&O Welding & Fabrication Inc
PO Box 531
Azle TX 76098
```

K&S Equipment
PO Box 172
Damon, TX 77430


Kathryn Risley Design
3601 West Alabama #103
Houston, TX 77027


Katy Carpet Corporation
1005 Fort Bend Road
Katy, TX 77493


Katy Topsoil and Nursery Inc
4314 Katy Hockley Road
Katy, TX 77493


Kelli Nielsen
1806 W 10th Street
Austin, TX 78703


Khakis Fresh Foods Inc
4401 Little Road
Arlington, TX 75601


Kirby Holdings Inc
11760 Clay Road
Houston, TX 77043


KM & RH Enterprises
PO Box 1495
Colleyville, TX 76034


Landscape & Patio Designs Inc
3222 Bluebonnet Meadows
Houston, TX 77084

Laser Xperts
10907 Tanwood Drive
Houston, TX 77065


Latin Roofing
1320 Blair Drive
Mesquite, TX 75150


Law Office of Weinstock & O'Malley
105 White Oak Lane, Second Floor
Old Bridge Lane, NJ 08857-1006


LCD Mechanical Inc
k1822 Barnett
Weatherford, TX 76087


LCH Forwarders, Inc
4450 Trade Center Blvd
Laredo, TX 78045


Leighadron Inc
PO Box 651953
San Antonio TX 78268


Leo Intergrated Communications
110 W Virginia Street
Suite 200
McKinney, TX 75069


Levco Construction
22300 Decker Prairie Rosehill
Tomball TX 77377


Lexis Nexis
PO Box 2314
Carol Stream, IL 60132-2314

Lexis Nexis
12770 Coit Rd., 10th Floor
Dallas, TX 75251


LHL Management Inc
2809 W Euless Blvd
Euless, TX 76040


Lifetime Family Chiropractic LLC
1106 South Mays Ste 210
Round Rock, TX 78664


Lighting Guy Enterprises
1507 Sullivan Street
Dallas, TX 75215


Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2644


Liquidity International
1270 Champion Circle
#100
Carrollton, TX 75006


Liquidity International Inc
2161 Hutton Suite 126
Carrollton, TX 75006


LNL Investments Inc
4677 Durban Park Drive
Plano, TX 75024


Loggins & Bennett Transportation
1240 Blalock Road
Houston, TX 77055

Lone Star Compressor Corporation
1100 Louisiana Street
South Houston TX 77587


Lone Star Overnight
PO Box 149225
Austin, TX 78714-9225


Lonestar GCS Inc
1401 TI Blvd
Suite E & F
Richardson, TX 75081


Lowes
PO Box 530970
Atlanta, GA 30353-0970


M L Jones & Assoc Inc
2 1/2 N Washington #14
El Campo, TX 77437


M&T Natural Stone Inc
5605 Thousand Oaks Drive
Joshua, TX 76058


M2C Global International
1270 Champion Circle #100
Carrollton, TX 75006


Macaux Floral Events
1609 Hart Street, Ste 100
Southlake, TX 76092


Macedonia Missionary Baptist Church
2712 South Freeway
Fort Worth, TX 76104-6770

Macedonia Missionary Baptist Church
Cavalry Construction
1220 Brown Trail
Bedford, TX 76022


Madika Food Inc
17062 Preston Road #130
Dallas, TX 75248


Mag Development
26032 Pine Oak Drive
Hockley, TX 77447


Makeover Houston LLC
11111 Wilcrest Green
Suite 380
Houston, TX 77042


Malava LLC
2901 W Pacific Coast Highway
Suite 200
Newport Beach CA 92663


Malava, LLC
2901 W Pacific Coast Highway
Suite 200
Newport Beach CA 92663


Mark Frazier Construction
519 N Young Street
Follett TX 79034


Marquez Painting
5400 Magnum Drive
Arlington, TX 76018


Martinez & Bone Realty Inc
133 E Main Street
Azle, TX 76020

Matrix Lubricants LLC
5750 Campbell Road
Houston TX 77041


Matrix Lubricants, LLC
5750 Campbell Road
Houston, TX 77041


Mattco Resources Inc
1400 Hillmont
Austin TX 78704


Maverick Materials LLC
504 Hansbarger St
Everman, TX 76140


Max Mechanical
2313 Michigan Court
Arlington, TX 76016


MBNA America NA
c/o McGuigan Law Office, LLC
311 Veterans Highway #100A
Levittown, PA 19056


MCS Tools LLC
11300 N Central Expressway
Dallas, TX 75243


Meadow Central Animal Clinic
11661 Preston Raod #244
Dallas, TX 75230


Medical Plus Supplies inc
PO Box 301050
Houston, TX 77230

Merbaum Law Group, P.C.
5755 North Point Parkway, Suite 284
Alpharetta, GA 30022


Merrill Square LP
3317 McKinney Ave
Suite 207
Dallas, TX 75204


Mesa Development Group Inc
13666 Peyton
Dallas, TX 75240


Metro Material Handling Systems
5200 Airport Freeway Suite E-4
Haltom City, TX 76117


Metropolitan Services
6301 Lakeshore Drive
Dallas, TX 75214


Mike's Garden Center Inc
5703 Crowley Center
 Fort Worth, TX 76134


Mike's Garden Center Inc
5703 Crowley Center
Fort Worth, TX 76134


Millers Pro Design Pools
3245 Main Street
Suite 235-157
Frisco, TX 75034


Misuno USA Inc.
4925 Avalon Ridge Parkway
Norcross, VA 30071

Mobill Construction Inc
13940 Park Ave
Conroe, TX 77384


Modesto Tallow Co
2621 State Street
Dallas, TX 75204


Moftware Inc
12610 W Airport Blvd
Suite 120
Sugarland, TX 77478


MRS Associates
c/o Capital One Bank USA
1930 Olney Ave
Cherry Hill, NJ 08003


MTech Inc
2235 Handley Ederville Road
Fort Worth TX 76118


Mullins, Hirsch, Edwards, Heath, White,
100 Park Avenue, Suite 400
Oklahoma City, OK 73102-8015


Mystic Tan Inc
13800 Senlac Drive
Suite 300
Farmers Branch, TX 75234


N-Ranger Financial Services Inc
11021 Cramer Road KP N
Gig Harbor, WA 98329


National Loss Consultants Inc
7829 Carrie Lane
Pearland, TX 74584

NCO Financial
PO Box 12100 Dept 64
Trenton, NJ 08650


NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044


Netstrategies & Management Inc
801 E Border Street, Ste E
Arlington, TX 76010


New Pilgrim Rest
Missionary Baptist Church
1930 Gallagher Street
Dallas, TX 75212


Nguyen Tran Law Firm PLLC
1600 East Pioneer Parkway, Ste. 333
Arlington, TX 76010


Night Vision Technologies Inc
1119 Luke Street
Suite 101
Irving, TX 75061


Nighteyes Protective Services Inc
2407 E Yandell Drive
El Paso, TX 79903


Nissi International Inc
4020 N MacArthur Blvd
#122-250
Irving, TX 75038


Nortex Landscape & Irrigation
621 Shady Bridge Lane
Keller, TX 76248

North Texas Pool Solutions
2050 Grayson Drive
#3108
Grapevine, TX 76051


North Texas Steel Co Inc
412 West Bolt Street
Fort Worth, TX 76110


Northlake Supply Co Inc
3718 Thornhill Way
Rowlett, TX 75088


Nuleema
2851 Merrell Road
Dallas, TX 75229


NW Harris Mud #29
PO Box 3035
Houstin, TX 77253-3035


Office of Attorney General
Child SupportDivision
1600 Pacific, #700
Dallas, TX  75021


OFS Solid Services Inc
PO Box 2258
Channelview, TX 77530


OFS Solid Services Inc
PO Box 2258
Channelview TX 77530


Oil Patch Transportation Inc
PO Box 1338
Pearland, TX 77588

Online Security Systems
4829 West Royal Lane
Suite A
Irving, TX 75063


Overseas Carriers Inc
3526 E FM 528 Suite 104
Friendswood TX 77546


P&S Stone Inc
PO Box 59
Wichita Falls, TX 76307


Pam Milacek
6060 N Central Expy Suite 314
Dallas, TX 75206


Paragon Planning Inc
601 Zena Rucker Road #103
Southlake, TX 76092


Parrish Machine & Service
7419 Avenue O
Houston, TX 77011


PCX Player Inc
PO Box 1116
Allen, TX 75013


Pennells Carpet
1725 N Story Road Ste 116
Irving, TX 75061


Peridot Group
6105 Calm Meadow
Dallas, TX 75248

Perry A Phillps
c/o Rainey & Phillips
358 Rocwell Street, Ste 1130
Marietta, GA 30061


Pinemont Full Gospel Holy Temple Church
5925 Knox Street
Houston, TX 77091


Plano Paper & Supply
5960 W Parker Road #278
Plano TX 75093


Plano Paper & Supply
5960 W Parker Road #278
Plano, TX 75093


Plano Paper & Supply LLC
800 Fulgham Road Suite 30
Plano, TX 75093


PM Machine Works
9320 Crowley Road
Fort Worth, TX 76134


Powerhouse Marine Int'l Inc
2626 Wilson Road
Humble, TX 77396


Precise Mechanical Sales
22341 E Hammond Drive
Porter, TX 77365


Premium Impressions
901 Ave T Suite 106
Grand Prairie, TX 75050

Premium Impressions
Alpha Shirt Co
5151 E Broadway Blvd, Ste 800
Tuscon, AZ 85711


Prime Companies
409 Center Street
Yuba City, CA 95991


Pringle Jenkins & Assoc PC
16865 Diana Lane #100
Houston, TX 77058


Pringle Jenkins & Associates PC
16865 Diana Lane #100
Houston, TX 77058


Proforh Floors
2202 113th Street
Suite 100
Grand Prairie, TX 75050


Quality Data Imaging
2100 Les Mauldin, Ste A&B
Brownsville, TX 78521


Quality Pallet Corporation
PO Box 1880
Channelview, TX 77530


Quantum Therapy
2140 Anna Code Circle
Rockwall, TX 75087


Quest Studios Inc
5900 Lovell Ave
Fort Worth, TX 76107

Ranger Finacial Services Inc
1850 N Greenville #150
Richarson TX 75081


Ranger Financial Services Inc
11021 Cramer Road Kp N
Gig Harbor WA 98329


Ranger Financial Services Inc
1850 N Greenville #150
Richardson, TX 75081


Rausch, Sturn, Isreal, Emerson & Hornik,
15851 North Dallas Parkway, Suite 245
Addison, TX 75001


Real Orbit Inc
2203 Oak Alley
Tyler TX 75703


Real Soccer LLC
 8809 Lakeview Pkwy
Suite 120
Rowlett, TX 75089


Realm Development Corp
2630 Bissonnet Street
Houston TX 77005


Rehab Affiliates Inc
9150 Huebner Road, Ste 340
San Antonio TX 78240


Rela Transport Inc
5713 Safari Drive
New Braunfels, TX 78132

Relevant Technologies Corp
301 S Sherman Street, Ste117
Richardson, TX 75081


Rembert Enterprises Inc
3625 Bonanza Lane
Flower Mound TX 75022


Rembert Enterprises Inc
3625 Bonanza Lane
Flower Mound, TX 75022


Remote Dynamics Inc
1155 Kas Drive, Ste 100
Richardson, TX 75081


Remote Dynamics, Inc
ARC Wireless Solutions
10601 West 48th Ave
I-70 Frontage Road North
Wheat Ridge, CO 80033

Rhett Stuman Construction Co Inc
274 Deborah Drive
New Braunfels, TX 78130


Rice Medical Associates PA
2201 W Holcombe
Houston, TX 77030


Richard N Smith Inc
3904 Tally Ho
Irving, TX 75062


Ridglea Music
3345 Winthrop Ave
Ft Worth TX 76116

```
RISD
c/o Perdue, Brandon, Fielder, Collins
    & Mott, LLP
PO Box 13430
Arlington, TX 76094

RJR Auto Services
1630 West Bruton Road
Mesquite TX 75149


Robare Enterprises LLC
d/b/a U Build It
7575 N Loop 1604 W, Ste 103
San Antonio TX 78249


Robare Enterprises, LLC
d/b/a U Build It
7575 N Loop 1604 W
San Antonio, TX 78249


Rober Hines Custom Homes
3711 W Green Oaks Blvd, Ste 2B
Arlington, TX 76016


Rocket City Entertainment LLC
 406 W Grand Parkway S, Ste 375
Katy, TX 77494


Ron Seager
4969 N Backer #239
Fresno, CA 93726


Royal Dollar Store
4401 Emerald Drive
Carrollton, TX 75010


Royal Inn
4242 Independence
Dallas, TX 75237
```

RT Electric Inc
480 N 17th Street
Las Cruces, NM 88005


RT United Solutions Inc
11110 N Houston Rosslyn
Unit 1
Houston, TX 77088


Rust & Skeleton LLC
7324 Gaston Ave
Dallas, TX 75214


Rustbusters Industrial Painting Inc
2110 Federal Road
Houston TX 77015


Ryan Evans
107 Parkway
Montgomery, TX 77356


S&E Trucking LLC
PO Box 3912
Humble TX 77347


S&V Construction LLC
236 W Pecan Street
Celina, TX 75009


S-A Greater Austin Development Co Ltd
4105 Eck Lane
Austin, TX 78734


S-An Alliance Air Conditioning & Heating
1206 W Euless Blvd, Ste 106
Euless, TX 76040

Sales Alternative Inc
18970 US Highway 59 N
Suite B
New Caney TX 77357


Sara J Willaford
Citi Card


Sarah LeClere Company
5555 N Lamar Blvd, Ste 105
Austin, TX 78751


Scott Lucas Construction
720 Country Club Road, Ste300
Allen, Tx 75002


Security Fire Systems Inc
1203 Crestside Drive #280
Coppell, TX 75019


Security Solutions of DFW
4021 Beltline Road #104
Addison, TX 75001


Segura Painting
10910 Faylin Drive
Austin, TX 78753


Select Interiors & Exteriors
1534 Shenandoah Drive
Cedar Park TX 78613


Senavin Inc
 2706 Zachary Bend Lane
Katy, TX 77494

Sew Elegant
321 2nd Street
Columbia, MS 39429


Shine Transmission LLC
9419 Dormoch Drive
Spring TX 72379


Simplex Building Products Inc
5100 Westheimer Road, Ste 200
Houston, TX 77056


Sirius Satellite Radio
c/o EOS CCA
PO Box 567
Norwell, MA 02061


Skin Care Innovations Inc
1270 Champion Circle #100
Carrollton, TX 75006


Smith Irrigation Inc
2400 Round Mountain Road
Leander, TX 78641


Snow's Cards & Gifts Inc
1609 1st Ave Street
Birmingham, AL 35233


South Coast Customs
1622 Sawdust Road
Suite B5
Springfield, TX 77380


South Texas Environmental Products Inc
1500 Chisholm Trail
Round Rock, TX 78680

South Texas Medical Equipment
1516 Dove Avenue, Ste I
McAllen, Texas 78504


Southard Septic Systems
343 Blackjack Ennis
Ennis, Texas 75119


Southern Cabinetry & Millworks, Inc
697 Industrial Park Drive
Evans, GA 30809


Southern Jewelry Manufacturing Co Inc
9830 Clay Road
Houston, TX 77080


Southern Precast Concrete Products Inc
407 Valley View Drive
Azle, TX 76020


Southwest Metal Treating Corp
9516 Lynwood
Fort Worth, TX 76134


Spears Refrigeration LLC
PO Box 152686
Arlington, TX 76015


Special Mobility Inc
110 Broadway, Ste 510
San Antonio, TX 78205


Specialty Oiltool Business
4403 Spring Cypress Road #9
Spring, TX 77388

Springer's Cypress Rosehill Healthcare
12300 Dundee Ct #201
Cypress, TX 77429


Stage Direction
1300 Shepard Drive
Houston, TX 77007


Star Imaging, LLC
11607 FM 1836
Kaufman, TX 75142


Stark Towing Inc
9737 Brockbank Road
Dallas, TX 75220


Stark Transportation Inc
18434 Buddy Riley Road
PO Box 504
Magnolia, TX 77353


State Comptroller
Capitol Station
Austin,  TX  78711


Stedt Con LLC
26910 Holly Lord
Magnolia, TX 77355


Stevens Churchill Communications Inc
1207 Round Table Drive
Dallas, TX 75247


Stoneridge Custom Homes, Inc
1808 Kingsbridge Lane
Roanoke, TX 76262

Stronghold Registered Agents Inc
PO Box 927
West Windsor, NJ 08550-0927


Stronghold Technologies
16801 Addison Road, Ste 310
Addison, TX 75001


Sullivan Sales & Services, Inc
1004 S Hub St
Sherman, TX 75090


Sun Automatci Fire Sprinkler Inc
7 Upper Balcones Road
Boerne, TX 78006


Sunrise Credit Services Inc.
PO Box 9100
Farmington, NY 11735-9100


Surfacing USA
3321 W Business 83
McAllen, TX 78501


Surfacing USA / Amico
3001 Division Street
Metairie, LA 70002


Surfacing USA / Powerfoam
1915 Westridge Drive, Ste 105
Irving, TX 75038


T&B Electric Inc
412 Orange Street
Orange Grove, TX 78372

T&G Plumbing LLC
2010 Ahrens Street
Houston, TX 77017


T's to Please Inc
3863 Appaloosa Drive
Woodbridge, VA 22192


T-Mobile
2645 Arapaho Rd Ste 137
Garland, TX 75044


Talley Drywall Service Inc
PMB 300
1779 Wells Branch Pkwy, Ste 110B
Austin, TX 78728


TechForce Technology
c/o Nguyen Tran Law Firm PLLC
1600 E Pioneer Pkwy #333
Arlington, Texas 76010


TechForce Tecnology
700 North Glenville Dr.
Richardson, TX 75081


Telequest Corporation
15851 N Dallas Pkwy, Ste 600
Dallas, TX 75001


Texas Employment Commission
T.E.C. Bldg., Tax Dept.
Austin, TX  78778


Texas Gallery Furniture
1049 SE Military Drive
San Antonio, TX 78214

Texas Mutual Insurance Co.
1776 Yorktown St. Ste. 200
Houston, TX 77056-4142


Texas Palm Trees & Plants Inc
7807 E RL Thornton Frwy
Dallas, Texas 75228


The Academy of Accelerated Learning, Inc
6025 Chumney Rock Road
Houston, Tx 77081


The Carpet Exchange
1005 Katy Fort Bend
Katy, TX 77493


The Champions Group LLC
550 East 15th St, Ste 100
Plano, TX 75074


The Complete Backyard
208 W FM 1187
Aledo, TX 76008


The Design Build Company
2807 Lee
Dallas, TX 75206


The Dixon Group LLC
6708 Hillcroft Road
Houston, TX 77081


The Fan and Lighting Gallery Inc
7807 Inwood Road
Dallas, TX 75209

```
The Ferguson Thirty
d/b/a Cambridge Square Apts
7303 Ferguson Road
Office Cafe #7
Dallas, TX 75228

The Ferguson Thirty, LLC
d/b/a Cambridge Square Apt
7303 Ferfuson Road
Office Cafe #7
Dallas, Texas 75228

The Home Depot
c/o ARSI
555 St. Charles Drive #110
Thousand Oaks, CA 91360

The Laser Network Inc
1100 Jupiter Road, Ste 110
Plano, Texas 75074

The Laser Network, Inc
1100 Jupiter Road, Ste 110
Plano, TX 75074

The Window Gallery, LLC
5460 Springfield, Ste 107
Laredo, TX 78041

Thomas Markle Jewelers, Inc
4417 Kingwood Drive
Kingwood, TX 77339

Threet Pallet, LLC
801 Lakeway Drive
Ennis, TX 75119

Tilden Car Care Center
10 Colonial Court
Trophy Club, TX 76262
```

Tim Long Plumbing Inc
2617 W Blue Mound Road #900
Haslet, TX 76052

TMG Contracting LLC
154 Brushy Creek Trail
Hutto, TX 78634

Tokerud, Inc
904 Audelia
Suite 300
Richardson, TX 75081

Tom Hunter Septic Tank Service
13033 Lanier Road
Jacksonville, FL 32226

Top Crop Grain & Fertilizer
201 West 4th Street
McGregor, TX 76657

Total Thru Tubing Inc
6150 Deer Run Circle
Sandia, TX 78383

Transworld Systems, Inc
c/o First Data Merchant
PO Box 4903
Trenton, NJ 08650-4903

Tri State Corp
204 S Ector Drive
Euless, TX 76040

Tri State Mechanical
PO Box 201259
Arlington, TX 76006

Tri-Alliance Resources
Bernardo Lucero
8914 Bent Spur Lane
Houston, TX 77064


Tri-Plex Breathing Air Services Inc
1660 Spindletop Road
Beaumont, TX 77705


Tri-State Mechanical
PO Box 201259
Arlington, TX 76006


Triad Telephone Inc
1002 N Central Expressway, Suite 245
Richardson, Texas 75080


Trinity Tongs Sales & Services Ltd
3820 Kermit Hwy
Odessa TX 79764


Trinity Tongs Sales & Services Ltd
3820 Kermit Hwy
Odessa, TX 79764


Tropical Deli Corp
2528 N Beltline Road
Euless, TX 76040


Troy Suggs Funeral Home, Inc
7623 Military Parkway
Dallas, TX 75227


TW South Inc
12200 Stemmons Freeway, Ste 205
Dallas, TX 75234

Tyler Pest Services
1901 Rickety Lane, Ste 109
Tyler, TX 75703


U.S. Attorney
700 Nations Bank Towe
110 N. College Ave.
Tyler, TX  75702


U.S. Attorney
Main & Justice Bldg.
10th & Pennsylvania NW
Washington, DC  20530


U.S. Attorney General
Dept. of Justice, Main Justice
10th and Constition NW
Washington, DC 20530


United Fab, Inc
12820 Industrial Road
Houston, TX 77015


United Health Care
Dept Ch 10151
Palantine, IL 6005-0151


United Recovery Systems
5800 North Course Drive
Houston, TX 77072


United States Dept. of Agriculture
Centralized Servicing Center
PO Box 66879
St. Louis, MO 63166


Universal Florist & Gifts
712 Wilcrest Drive
Houston, TX 77042

US Trustee
300 Plaza Tower
110 North College Ave
Tyler, Texas   75702


Valley Consolidated Services
822 W Jackson Street
Harlingen, TX 78550


Van Zandt Glass & Mirror
1285 W Dallas
Canton, TX 75103


Ventura Professional Services
1219 Abrams Road, Ste 327
Richardson, TX 75081


Veterans Administration
701 Clay Ave.
Waco, TX   76706-1151


Vexa Pak, LLC
1335 Boyles #100
Houston, TX 77020


Vic Sullivan Enterprises
1300 S Frazier, Ste 323
Conroe, TX 77301


Viewpointe Apartments LP
2317 McKinney Ave, Ste 207
Dallas, TX 75204


Vision Property Services
1777 S Belcaire, Ste 370
Denver, CO 80222

Wangs New Great Wall, Inc
2340 S Cooper
Arlington, TX 76015


Waters Custom Machinary & Fabric
3330 E HI 80
Suite 102
Mesquite TX 75149


Weather-Tight Waterproofing, Inc
 1925 Levy Street
Dallas, TX 75207


Wells Fargo
PO Box 54349
Los Angeles, CA 90054-0349


Wells Fargo
c/o Investment Retrievers
PO Box 4733
El Dorado, CA 95762


Wells Fargo Auto Finance
AFG
National Bankruptcy Dept.
P.O. Box 7648
Boise, ID 83707

Westfall Constructors Ltd
3835 Dacoma St
Houston, TX 77092


Whitaker Chalk Swindle & Schwartz PLLC
301 Commerce St. Ste. 3500
Fort Worth, TX 76102


Wholesale Supplement Center, LLC
5901 Westheimer Road
Houston, TX 77057

Wilks Construction Services
2022 Hickory Tree Road
Barch Springs, TX 75180


Windsor Townhomes Inc
4170 Altoona Dr
Dallas, TX 75233


Winetopia
6363 San Felipe Road #240
Houston, TX 77057


Woodstock @ Skillman LP
3317 McKinney, Ste 207
Dallas, TX 75204

B 22A (Official Form 22A) (Chapter 7) (12/10)

In re: **R. Fuselier, Jean, Sr.**

Case Number:

| According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement): |
| --- |
| ☐ **The presumption arises.** |
| ☑ **The presumption does not arise.** |
| ☐ **The presumption is temporarily inapplicable.** |

## CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor.  If none of the exclusions in Part I applies, joint debtors may complete one statement only.  If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

| Part I. MILITARY AND NON-CONSUMER DEBTORS | |
| --- | --- |
| 1A | **Disabled Veterans.**   If you are a disabled veteran described in the Declaration in this Part 1A, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII.  Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.**  By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. § 901(1)). |
| 1B | **Non-consumer Debtors.**  If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII.  Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.**   By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.**  Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period").  If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII.   **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.**   By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>☐ I remain on active duty /or/<br>☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>OR<br><br>b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

B 22A (Official Form 22A) (Chapter 7) (12/10)

## Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

| | | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☑ Unmarried.  **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households.  By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code."<br>**Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above.<br>**Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☐ Married, filing jointly.   **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |

| | | | Column A | Column B |
|---|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | **Debtor's Income** | **Spouse's Income** |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | $1,264.61 | |
| 4 | **Income from the operation of a business, profession, or farm.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment.  Do not enter a number less than zero.  **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | | |
| | a. | Gross receipts | $0.00 | |
| | b. | Ordinary and necessary business expenses | $0.00 | |
| | c. | Business income | Subtract Line b from Line a | $0.00 | |
| 5 | **Rent and other real property income.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5.  Do not enter a number less than zero.<br>**Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | | |
| | a. | Gross receipts | $0.00 | |
| | b. | Ordinary and necessary operating expenses | $0.00 | |
| | c. | Rent and other real property income | Subtract Line b from Line a | $0.00 | |
| 6 | **Interest, dividends, and royalties.** | | $0.00 | |
| 7 | **Pension and retirement income.** | | $246.00 | |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.**  Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed.  Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | | $0.00 | |
| 9 | **Unemployment compensation.**  Enter the amount in the appropriate column(s) of Line 9.  However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act — Debtor $1,819.11 — Spouse | | $0.00 | |

B 22A (Official Form 22A) (Chapter 7) (12/10)

| | | | |
|---|---|---|---|
| 10 | **Income from all other sources.**  Specify source and amount.  If necessary, list additional sources on a separate page.   **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.**  Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
| | a. | | |
| | b. | | |
| | Total and enter on Line 10 | | $0.00 |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).**  Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B.  Enter the total(s). | | $1,510.61 |
| 12 | **Total Current Monthly Income for § 707(b)(7).**  If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | | $1,510.61 |

### Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| | | |
|---|---|---|
| 13 | **Annualized Current Monthly Income for § 707(b)(7).**  Multiply the amount from Line 12 by the number 12 and enter the result. | $18,127.32 |
| 14 | **Applicable median family income.**  Enter the median family income for the applicable state and household size.  (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |
| | a. Enter debtor's state of residence: _____**Texas**_____    b. Enter debtor's household size: _____**1**_____ | $40,925.00 |
| 15 | **Application of Section 707(b)(7).**  Check the applicable box and proceed as directed.<br><br>☑  **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII.<br><br>☐  **The amount on Line 13 is more than the amount on Line 14.**  Complete the remaining parts of this statement. | |

**Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)**

### Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| | | |
|---|---|---|
| 16 | **Enter the amount from Line 12.** | |
| 17 | **Marital adjustment.**  If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents.  Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose.  If necessary, list additional adjustments on a separate page.  If you did not check box at Line 2.c, enter zero. | |
| | a. | |
| | b. | |
| | c. | |
| | Total and enter on line 17. | |
| 18 | **Current monthly income for § 707(b)(2).**  Subtract Line 17 from Line 16 and enter the result. | |

### Part V. CALCULATION OF DEDUCTIONS FROM INCOME

#### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| | | |
|---|---|---|
| 19A | **National Standards: food, clothing and other items.**  Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2012

B 22A (Official Form 22A) (Chapter 7) (12/10)

| | |
|---|---|
| **19B** | **National Standards: health care.**  Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older.  (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.)  Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1.  Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2.  Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. |

| Persons under 65 years of age | | | Persons 65 years of age or older | | |
|---|---|---|---|---|---|
| a1. | Allowance per person | | a2. | Allowance per person | |
| b1. | Number of persons | | b2. | Number of persons | |
| c1. | Subtotal | | c2. | Subtotal | |

| | |
|---|---|
| **20A** | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. |

| | |
|---|---|
| **20B** | **Local Standards: housing and utilities; mortgage/rent expense.**  Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B.  DO NOT ENTER AN AMOUNT LESS THAN ZERO. |

| | | |
|---|---|---|
| a. | IRS Housing and Utilities Standards; mortgage/rental expense | |
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. |

| | |
|---|---|
| **21** | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: |

| | |
|---|---|
| **22A** | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.   ☐ 0    ☐ 1    ☐ 2 or more. If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation.  If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region.  (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) |

B 22A (Official Form 22A) (Chapter 7) (12/10)

| | | |
|---|---|---|
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) ☐ 1   ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. DO NOT ENTER AN AMOUNT LESS THAN ZERO. | |

| | | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. |

| | | |
|---|---|---|
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. DO NOT ENTER AN AMOUNT LESS THAN ZERO. | |

| | | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. |

| | | |
|---|---|---|
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self-employment taxes, social-security taxes, and Medicare taxes. DO NOT INCLUDE REAL ESTATE OR SALES TAXES. | |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. DO NOT INCLUDE DISCRETIONARY AMOUNTS, SUCH AS VOLUNTARY 401(K) CONTRIBUTIONS. | |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. DO NOT INCLUDE PREMIUMS FOR INSURANCE ON YOUR DEPENDENTS, FOR WHOLE LIFE OR FOR ANY OTHER FORM OF INSURANCE. | |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. DO NOT INCLUDE PAYMENTS ON PAST DUE OBLIGATIONS INCLUDED IN LINE 44. | |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare--such as baby-sitting, day care, nursery and preschool. DO NOT INCLUDE OTHER EDUCATIONAL PAYMENTS. | |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. DO NOT INCLUDE PAYMENTS FOR HEALTH INSURANCE OR HEALTH SAVINGS ACCOUNTS LISTED IN LINE 34. | |

B 22A (Official Form 22A) (Chapter 7) (12/10)

| | | |
|---|---|---|
| 32 | **Other Necessary Expenses: telecommunication services.**  Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service--such as pagers, call waiting, caller id, special long distance, or internet service--to the extent necessary for your health and welfare or that of your dependents.  DO NOT INCLUDE ANY AMOUNT PREVIOUSLY DEDUCTED. | |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | |

| | |
|---|---|
| | **Subpart B: Additional Living Expense Deductions**<br>**Note: Do not include any expenses that you have listed in Lines 19-32** |

| | | | |
|---|---|---|---|
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.**  List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | | |
| | a. | Health Insurance | |
| | b. | Disability Insurance | |
| | c. | Health Savings Account | |
| | Total and enter on Line 34 | | |
| | IF YOU DO NOT ACTUALLY EXPEND THIS TOTAL AMOUNT, state your actual total average monthly expenditures in the space below:<br><br>_____ | | |

| | | |
|---|---|---|
| 35 | **Continued contributions to the care of household or family members.**  Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law.  The nature of these expenses is required to be kept confidential by the court. | |
| 37 | **Home energy costs.**  Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs.  YOU MUST PROVIDE YOUR CASE TRUSTEE WITH DOCUMENTATION OF YOUR ACTUAL EXPENSES, AND YOU MUST DEMONSTRATE THAT THE ADDITIONAL AMOUNT CLAIMED IS REASONABLE AND NECESSARY. | |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age.  YOU MUST PROVIDE YOUR CASE TRUSTEE WITH DOCUMENTATION OF YOUR ACTUAL EXPENSES, AND YOU MUST EXPLAIN WHY THE AMOUNT CLAIMED IS REASONABLE AND NECESSARY AND NOT ALREADY ACCOUNTED FOR IN THE IRS STANDARDS. | |
| 39 | **Additional food and clothing expense.**  Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  YOU MUST DEMONSTRATE THAT THE ADDITIONAL AMOUNT CLAIMED IS REASONABLE AND NECESSARY. | |
| 40 | **Continued charitable contributions.**  Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40. | |

*\* Amount(s) are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2012

B 22A (Official Form 22A) (Chapter 7) (12/10)

| Subpart C: Deductions for Debt Payment | |
|---|---|

| 42 | **Future payments on secured claims.**  For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance.  The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60.  If necessary, list additional entries on a separate page.  Enter the total of the Average Monthly Payments on Line 42. | |
|---|---|---|

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | | ☐ yes ☐ no |
| b. | | | | ☐ yes ☐ no |
| c. | | | | ☐ yes ☐ no |
| | | | Total:  Add Lines a, b and c. | |

| 43 | **Other payments on secured claims.**  If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property.  The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure.  List and total any such amounts in the following chart.  If necessary, list additional entries on a separate page. | |
|---|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |
| | | | Total:  Add Lines a, b and c |

| 44 | **Payments on prepetition priority claims.**  Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing.  DO NOT INCLUDE CURRENT OBLIGATIONS, SUCH AS THOSE SET OUT IN LINE 28. | |
|---|---|---|

| 45 | **Chapter 13 administrative expenses.**  If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |
|---|---|---|

| | a. | Projected average monthly chapter 13 plan payment. | |
|---|---|---|---|
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | % |
| | c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | |
|---|---|---|

| Subpart D: Total Deductions from Income | |
|---|---|

| 47 | **Total of all deductions allowed under § 707(b)(2).**  Enter the total of Lines 33, 41, and 46. | |
|---|---|---|

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | |
|---|---|---|
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | |
| 51 | **60-month disposable income under § 707(b)(2).**  Multiply the amount in Line 50 by the number 60 and enter the result. | |

**B 22A (Official Form 22A) (Chapter 7) (12/10)**

| | |
|---|---|
| **52** | **Initial presumption determination.** Check the applicable box and proceed as directed. <br><br> ☐ **The amount on Line 51 is less than $7,025\*.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI. <br><br> ☐ **The amount set forth on Line 51 is more than $11,725\*.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI. <br><br> ☐ **The amount on Line 51 is at least $7,025\*, but not more than $11,725\*.** Complete the remainder of Part VI (Lines 53 through 55). |

| | | |
|---|---|---|
| **53** | **Enter the amount of your total non-priority unsecured debt** | |
| **54** | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | |

| | |
|---|---|
| **55** | **Secondary presumption determination.** Check the applicable box and proceed as directed. <br><br> ☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. <br><br> ☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |

## Part VII: ADDITIONAL EXPENSE CLAIMS

| | |
|---|---|
| **56** | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | |
| b. | | |
| c. | | |
| | Total: Add Lines a, b, and c | |

## Part VIII: VERIFICATION

| | |
|---|---|
| **57** | I declare under penalty of perjury that the information provided in this statement is true and correct. <br> *(If this is a joint case, both debtors must sign.)* <br><br> Date: __9/10/2012__   Signature: __/s/ R. Fuselier, Jean, Sr.__ <br> **R. Fuselier, Jean, Sr.** <br><br> Date: _____   Signature: _____ <br> (Joint Debtor, if any) |

*Amount(s) are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2012